| **RUST CONSTRUCTORS, INC.** | **SUBCONTRACT # 37602-SUB-003**, Modification No. 1 |
|---|---|

| **Client/Prime Contract/Task Order** | **AECOM Numbers:** |
|---|---|
| Client: U.S. Army Corp of Engineers Omaha District<br>Prime contract #: W9128F20D0008/Task Order #:<br>W9128F20F0155<br>Prime contract (task order) pricing: Cost Plus | Project #: 37602<br>Vendor #:<br>FCAP Reference #: |

| **Subcontractor:** | **Issued By:** |
|---|---|
| Hendrickson Transportation, LLC<br>Address: 2762 310th Street<br>City, State, ZIP: Hamburg, IA 51640-5069<br>Attn: Darin Henrickson, President<br>Phone: 712-382-1505<br>E-Mail: darinh@hendricksonent.com | Rust Constructors, Inc.<br>6200 S. Quebec St.<br>Greenwood Village, CO 80111<br>Attn: Sandra Lambert<br>Phone: 208-761-6713<br>E-Mail: Sandra.lambert@aecom |

| **Period of Performance:** | **Price** | **Payment Terms:** |
|---|---|---|
| From: June 19, 2020<br>To: December 1, 2020; | Not to Exceed $2,762,298.39 | Article 6 |

### Refer to page 2 for description of this Modification No. 1.

## TABLE OF CONTENTS

This agreement ("Subcontract" or "Agreement") between the parties, when referenced herein shall be deemed to include the documents referenced in the Table of Contents below:

**Signature Form (this page)**
Subcontract Agreement
Appendix A – Special Provisions
Appendix B – Supplemental Prime Contract Terms and Conditions
Appendix C – Statement/Scope of Work
Appendix D – Pricing/Fee Schedule of Values
Appendix E – Waivers and Releases
Appendix F – AECOM Subconsultant Anti-Bribery Corruption Compliance
Appendix G - Project Controls Requirements
Appendix H – Pay Application
Appendix I – Davis Bacon Wage Determination

This subcontract/order is certified for national defense use and you are required to follow all provisions of the Defense Priorities and Allocation System (15 CFR 700). This subcontract is rated as Not Rates.

The effective date of this Subcontract is the date of the last signature below.

By signing this agreement, Supplier hereby certifies that the small business size category(ies) indicated on the provided

X P2[DCS]-003-FM7, 8 or 9 ☐ SAM.gov Reps & Certs ☐ P2[DCS]-003-FM6 dated June 04, 2020 are current, accurate, and complete as of the time of this award.

**By signing this agreement (in cases where the subcontract value is greater than $35,000 and is not considered a commercial item), the subcontractor certifies that neither the subcontractor nor its principals is/are debarred, suspended, or proposed for debarment by the Federal Government as of the date of the subcontractor's execution of this Agreement.**

The parties acknowledge that there has been an opportunity to negotiate the terms and conditions of this Subcontract and agree to be bound accordingly.

| **HENDRICKSON TRANSPORTATION, LLC.** | | **RUST CONSTRUCTORS, INC.** | |
|---|---|---|---|
| *Darin HENDRICKSON* | 07/02/2020 | *JJ* | 7/3/20 |
| Signature | Date | Signature | Date |
| Darin Hendrickson | | JJ Johnson | |
| Printed Name | | Printed Name | |
| President | | Project Manager | |
| Printed Title | | Printed Title | |

Subcontract 37602-SUB-003
Modification No. 1
June 30, 2020

This Modification No. 1 to Subcontract 37602-SUB-003 effective 6/30/20 is issued for administrative purposes, adding Exhibit I - Davis Bacon Wage Determination M020200001 14 Feb 2020 (copy attached).

As a result of this modification there is no change to the original subcontract Not-to-Exceed Amount of $2,762,298.39.

All other terms and conditions of the original subcontract remain unchanged.

**********

Case 5:23-cv-06077-HFS   Document 1-2   Filed 06/22/23   Page 2 of 30

CLAUSES INCORPORATED BY FULL TEXT


OMBUDSMAN (5 Sep 2019)

Task and Delivery Order Ombudsman. IAW FAR 16.505(B)(6) referring to FAR Part 16 "Ordering". The head of the agency has designated a task-order contract and delivery-order contract ombudsman. The ombudsman must review complaints from contractors and ensure they are afforded a fair opportunity to be considered, consistent with the procedures in the contract. The ombudsman is a senior agency official who is independent of the contracting officer and may be the agency's competition advocate.


Colonel Robert J Miceli
Deputy Director of Contracting
Task and Delivery Order Ombudsman
US Army Corps of Engineers
441 G. Street, N.W.
Washington D.C. 20314-1000
Phone: 202-761-4707
(End of clause)



DB WD MO20200001 14 FEB 2020
"General Decision Number: MO20200001 02/14/2020

Superseded General Decision Number: MO20190001

State: Missouri

Construction Types: Heavy and Highway

Counties: Missouri Statewide.

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.80 for calendar year 2020 applies to all contracts
subject to the Davis-Bacon Act for which the contract is
awarded (and any solicitation was issued) on or after January
1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage
determination at least $10.80 per hour (or the applicable wage
rate listed on this wage determination, if it is higher) for
all hours spent performing on the contract in calendar year
2020. If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least the
wage rate determined through the conformance process set forth
in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,if it is
higher than the conformed wage rate). The EO minimum wage rate
will be adjusted annually. Please note that this EO applies to
the above-mentioned types of contracts entered into by the
federal government that are subject to the Davis-Bacon Act
itself, but it does not apply to contracts subject only to the
Davis-Bacon Related Acts, including those set forth at 29 CFR
5.1(a)(2)-(60). Additional information on contractor
requirements and worker protections under the EO is available
at www.dol.gov/whd/govcontracts.


Modification Number     Publication Date

```
0              01/03/2020
1              01/24/2020
2              02/07/2020
3              02/14/2020
```

CARP0002-002 05/01/2019

ST. LOUIS COUNTY AND CITY

|  | Rates | Fringes |
|---|---|---|
| Carpenters.....................$ 38.02 | | 17.77 |

----------------------------------------------------------------

CARP0005-006 05/03/2015

CASS (Richards-Gebauer AFB ONLY), CLAY, JACKSON, PLATTE AND RAY
COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Carpenters: | | |
| CARPENTERS & LATHERS........$ 36.34 | | 15.55 |
| MILLWRIGHTS & PILEDRIVERS...$ 36.34 | | 15.55 |

----------------------------------------------------------------

CARP0011-001 05/01/2019

|  | Rates | Fringes |
|---|---|---|

Carpenter and Piledriver
    ADAIR, AUDRAIN (West of
    Hwy 19), BOONE, CALLAWAY,
    CHARITON, COLE, COOPER,
    HOWARD, KNOX,LINN, MACON,
    MILLER, MONITEAU,MONROE,
    OSAGE, PUTNAM, RANDOLPH,
    SCHUYLER, SHELBY AND

| | Rates | Fringes |
|---|---|---|
| SULLIVAN COUNTIES...........$ 32.28 | | 17.77 |

    ATCHISON, ANDREW, BATES,
    CALDWELL, CARROLL,DAVIESS,
    DEKALB,GENTRY,  GRUNDY,
    HARRISON, HENRY, HOLT,
    LIVINGSTON, MERCER,
    NODAWAY,ST. CLAIR, SALINE

| | Rates | Fringes |
|---|---|---|
| AND WORTH COUNTIES..........$ 30.76 | | 17.77 |

    AUDRAIN (East of Hwy.19),
    RALLS, MARION, LEWIS,

| | Rates | Fringes |
|---|---|---|
| CLARK AND SCOTLAND COUNTIES.$ 32.29 | | 17.77 |

    BARRY, BARTON, CAMDEN,
    CEDAR, CHRISTIAN, DADE,
    DALLAS, DOUGLAS, GREENE,
    HICKORY,JASPER, LACLEDE,
    LAWRENCE, MCDONALD,
    NEWTON, OZARK, POLK,
    STONE, TANEY, VERNON,

| | Rates | Fringes |
|---|---|---|
| WEBSTER AND WRIGHT COUNTIES.$ 30.36 | | 17.77 |
| BENTON, MORGAN AND PETTIS...$ 30.81 | | 17.77 |

    BOLLINGER, BUTLER, CAPE
    GIRARDEAU, DUNKLIN,
    MISSISSIPPI, NEW MADRID,
    PEMISCOT, PERRY,  STE.
    GENEVIEVE, SCOTT, STODDARD

| | Rates | Fringes |
|---|---|---|
| AND WAYNE COUNTIES..........$ 32.14 | | 17.77 |

    BUCHANAN, CLINTON, JOHNSON

| | Rates | Fringes |
|---|---|---|
| AND LAFAYETTE COUNTIES......$ 31.49 | | 17.77 |

    CARTER, HOWELL, OREGON AND

| | Rates | Fringes |
|---|---|---|
| RIPLEY COUNTIES.............$ 31.09 | | 17.77 |

    CRAWFORD, DENT, GASCONADE,
    IRON, MADISON, MARIES,
    MONTGOMERY, PHELPS,

```
        PULASKI, REYNOLDS, SHANNON
        AND TEXAS COUNTIES..........$ 32.13        17.77
        FRANKLIN COUNTY.............$ 35.56        17.77
        JEFFERSON AND ST. CHARLES
        COUNTIES...................$ 38.02         17.77
        LINCOLN COUNTY.............$ 34.00         17.77
        PIKE, ST. FRANCOIS AND
        WASHINGTON COUNTIES........$ 32.92         17.77
        WARREN COUNTY..............$ 34.44         17.77
----------------------------------------------------------------
  ELEC0001-002 06/03/2018
```

BOLLINGER, BUTLER, CAPE GIRARDEAU, CARTER, DUNKLIN, FRANKLIN,
IRON, JEFFERSON, LINCOLN, MADISON, MISSISSIPPI, NEW MADRID,
PEMISCOT, PERRY,REYNOLDS, RIPLEY, ST. CHARLES, ST. FRANCOIS,
ST. LOUIS (City and County), STE. GENEVIEVE, SCOTT, STODDARD,
WARREN, WASHINGTON AND WAYNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Electricians....................$ 38.12 | | 15.60 |

```
----------------------------------------------------------------
  ELEC0002-001 09/01/2018
```

ADAIR, AUDRAIN, BOONE, CALLAWAY, CAMDEN, CARTER, CHARITON,
CLARK, COLE, COOPER, CRAWFORD, DENT, FRANKLIN, GASCONADE,
HOWARD, HOWELL, IRON, JEFFERSON, KNOX, LEWIS, LINCON, LINN,
MACON, MARIES, MARION, MILLER, MONITEAU, MONROE, MONTGOMERY,
MORGAN, OREGON, OSAGE, PERRY, PHELPS, PIKE, PULASKI, PUTNAM,
RALLS, RANDOLPH, REYNOLDS, RIPLEY, ST. CHARLES, ST. FRANCOIS,
ST. LOUIS (City and County), STE. GENEVIEVE, SCHUYLER,
SCOTLAND, SHANNON, SHELBY, SULLIVAN, TEXAS, WARREN  AND
WASHINGTON COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Line Construction: | | |
|     Equipment Operator.........$ 39.50 | | 19.96 |
|     Groundman & Truck Driver....$ 30.36 | | 16.67 |
|     Lineman & Cable Splicer.....$ 45.90 | | 22.27 |

```
----------------------------------------------------------------
* ELEC0053-004 12/01/2019
```

|  | Rates | Fringes |
|---|---|---|
| Line Construction: (ANDREW, | | |
| ATCHINSON, BARRY, BARTON, | | |
| BUCHANAN, CALDWELL, CEDAR, | | |
| CHRISTIAN, CLINTON, DADE, | | |
| DALLAS, DAVIES,, DEKALB, | | |
| DOUGLAS, GENTRY, GREENE, | | |
| GRUNDY, HARRISON, HICKORY, | | |
| HOLT, JASPER, LACLEDE, | | |
| LAWRENCE, LIVINGSTON, | | |
| MCDONALD, MERCER, NEWTON, | | |
| NODAWAY, OZARK, POLK, ST. | | |
| CLAIR, STONE, TANEY, VERNON, | | |
| WEBSTER, WORTH AND WRIGHT | | |
| COUNTIES) | | |
|     Groundman Powderman.........$ 32.27 | | 15.52 |
|     Groundman..................$ 30.12 | | 14.88 |
|     Lineman Operator...........$ 43.40 | | 18.80 |
|     Lineman....................$ 47.30 | | 19.95 |

Line Construction; (BATES,
BENTON, CARROLL, CASS, CLAY,
HENRY, JACKSON, JOHNSON,
LAFAYETTE, PETTIS, PLATTE,
RAY AND SALINE COUNTIES)

```
        Groundman Powderman.........$ 32.27          15.52
        Groundman..................$ 30.12          14.88
        Lineman Operator...........$ 43.40          18.80
        Lineman....................$ 47.30          19.95
------------------------------------------------------------------
 ELEC0095-001 06/01/2019

BARRY, BARTON, CEDAR, DADE, JASPER, LAWRENCE, MCDONALD, NEWTON,
ST CLAIR, AND VERNON COUNTIES


                           Rates         Fringes

Electricians:
        Cable Splicers.............$ 25.40          12.19
        Electricians...............$ 27.43          14.97
------------------------------------------------------------------
 ELEC0124-007 08/26/2019

BATES, BENTON, CARROLL, CASS, CLAY, COOPER, HENRY, JACKSON,
JOHNSON, LAFAYETTE, MORGAN, PETTIS, PLATTE, RAY AND SALINE
COUNTIES:


                           Rates         Fringes

Electricians....................$ 40.79          22.92
------------------------------------------------------------------
 ELEC0257-003 03/01/2019

AUDRAIN (Except Cuivre Township), BOONE, CALLAWAY, CAMDEN,
CHARITON, COLE, CRAWFORD, DENT, GASCONADE, HOWARD, MARIES,
MILLER, MONITEAU, OSAGE, PHELPS AND RANDOLPH COUNTIES


                           Rates         Fringes

Electricians:
        Cable Splicers.............$ 30.42          16.085
        Electricians...............$ 33.25          18.18
------------------------------------------------------------------
 ELEC0350-002 12/01/2018

ADAIR, AUDRAIN (East of Highway 19), CLARK, KNOX, LEWIS, LINN,
MACON, MARION, MONROE, MONTGOMERY, PIKE, PUTNAM, RALLS,
SCHUYLER, SCOTLAND, SHELBY AND SULLIVAN COUNTIES


                           Rates         Fringes

Electricians....................$ 31.50          17.20
------------------------------------------------------------------
 ELEC0453-001 09/01/2019

                           Rates         Fringes

Electricians:
        CHRISITAN, DALLAS,
        DOUGLAS, GREENE, HICKORY,
        HOWELL, LACLEDE, OREGON,
        OZARK, POLK, SHANNON,
        WEBSTER and WRIGHT COUNTIES.$ 27.88         14.99
        PULASKI and TEXAS COUNTIES..$ 32.53         15.46
        STONE and TANEY COUNTIES....$ 23.67         14.17
------------------------------------------------------------------
 ELEC0545-003 06/01/2019

ANDREW, BUCHANAN, CLINTON, DEKALB, ATCHISON, HOLT, MERCER,
GENTRY, HARRISON, DAVIESS, GRUNDY, WORTH, LIVINGSTON, NODAWAY,
AND CALDWELL COUNTIES
```

|                              | Rates    | Fringes |
|------------------------------|----------|---------|
| Electricians:                | $ 32.00  | 17.30   |

----------------------------------------------------------------

ELEC0702-004 12/30/2019

BOLLINGER, BUTLER, CAPE GIRARDEAU, DUNKLIN, MADISON,
MISSISSIPPI, NEW MADRID, PEMISCOT, SCOTT, STODDARD AND WAYNE
COUNTIES

|                              | Rates    | Fringes     |
|------------------------------|----------|-------------|
| Line Construction:           |          |             |
| Groundman - Class A          | $ 30.31  | 29% + 7.75  |
| Groundman-Equipment          |          |             |
| Operator Class II (all       |          |             |
| other equipment)             | $ 38.46  | 29% + 7.75  |
| Heavy-Equipment Operator     |          |             |
| Class I (all crawler type    |          |             |
| equipment D-4 and larger)    | $ 43.88  | 29% + 7.75  |
| Lineman                      | $ 53.51  | 29% + 7.75  |

----------------------------------------------------------------

ENGI0101-001 05/01/2019

ANDREW, ATCHISON, BATES, BENTON, BUCHANAN, CALDWELL, CARROLL,
CHARITON, CLINTON, COOPER, DAVIESS, DEKALB, GENTRY, GRUNDY,
HARRISON, HENRY, HOLT, HOWARD, JOHNSON, LAFAYETTE, LINN,
LIVINGSTON, MERCER, NODAWAY, PETTIS, SALINE, SULLIVAN AND WORTH
COUNITES

|                              | Rates    | Fringes |
|------------------------------|----------|---------|
| Power equipment operators:   |          |         |
| GROUP 1                      | $ 34.28  | 17.45   |
| GROUP 2                      | $ 33.88  | 17.45   |
| GROUP 3                      | $ 31.88  | 17.45   |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1:  Asphalt roller operator, finish; asphalt paver and
spreader; asphalt plant operator; auto grader or trimmer or
sub-grader; backhoe; blade operator (all types); boilers -
2; booster pump on dredge; bulldozer operator; boring
machine (truck or crane mounted); clamshell operator;
concrete mixer paver; concrete plant operator; concrete
pump operator; crane operator; derrick or derrick trucks;
ditching machine; dragline operator; dredge engineman;
dredge operator; drill cat with compresor mounted
(self-contained) or similar type self- propelled rotary
drill (not air tract); drilling or boring machine
(rotary-self-propelled); finishing machine operator;
greaser; high loader-fork lift-skid loader (all types);
hoisting engineer (2 active drums); locomotive operator
(standard guage); mechanics and welders (field and plants);
mucking machine operator; pile drive operator; pitman crane
or boom truck (all types); push cat; quad track; scraper
operators (all types); shovel operator; sideboom cats; side
discharge spreader; skimmer scoop operators; slip form
paver operator (CMI, Rex, Gomeco or equal); la tourneau
rooter (all tiller types); tow boat operator; truck crane;
wood and log chippers (all types).

GROUP 2:  A-frame truck operator; articulated dump truck;
back filler operator; boilers (1); chip spreader; churn
drill operator; compressor; concrete mixer operator, skip
loader; concrete saws (self-propelled); conveyor operator;

crusher operator; distributor operator; elevating grader
operator; farm tractor (all attachments); fireman rig;
float operator; form grade operator; hoisting engine (one
drum); maintenance operator; multiple compactor; pavement
breaker, self-propelled hydra-hammer (or similar type);
paymill operator; power shield; pumps; roller operator
(with or without blades); screening and washing plant;
self-propelled street broom or sweeper; siphons and jets;
straw blower; stump cutting machine; siphons and jets; tank
car heater operator (combination boiler and booster);
welding machine; vibrating machine operator (not hand
held); welding machine.
GROUP 3: (a) Oiler;
            (b) Oiler driver
            (c) Mechanic.

HOURLY PREMIUMS:
THE FOLLOWING CLASSIFICATIONS SHALL RECEIVE ($ .25) ABOVE
GROUP 1 RATE: Dragline operator - 3 yds. & over; shovel
3 yds. & over; clamshell 3 yds. & over; Crane, rigs or
piledrivers, 100' of boom or over (incl. jib.), hoist -
each   additional active drum over 2 drums

THE  FOLLOWING CLASSIFICATIONS SHALL RECEIVE ($ .50) ABOVE
GROUP 1 RATE: Tandem scoop operator; crane, rigs or
piledrivers 150' to 200' of boom (incl. jib.)

THE  FOLLOWING CLASSIFICATIONS SHALL RECEIVE ($ .75) ABOVE
GROUP 1 RATE: Crane rigs, or piledrivers 200 ft. of boom
or   over (including jib.)

----------------------------------------------------------------
ENGI0101-005 04/01/2019

CASS, CLAY, JACKSON, PLATTE AND RAY COUNTIES

|                       | Rates      | Fringes |
|-----------------------|------------|---------|
| Power equipment operators: |       |         |
| GROUP 1.....................$ 36.62 | 18.74 |
| GROUP 2.....................$ 35.58 | 18.74 |
| GROUP 3.....................$ 31.11 | 18.74 |
| GROUP 4.....................$ 34.46 | 18.74 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Asphalt roller operator, finish; asphalt paver and
spreader; asphalt plant operator; auto grader or trimmer or
sub-grader; backhoe; blade operator (all types); boilers-2;
booster pump on dredge; boring machine (truck or crane
mounted);  bulldozer operator; clamshell operator; concrete
cleaning decontamination machine operator; concrete mixer
paver;  concrete plant operator; concrete pump operator;
crane operator; derrick or derrick trucks; ditching
machine; dragline operator;  dredge engineman; dredge
operator; drillcat with compressor mounted (self-contained)
or similar type self propelled rotary drill (not air
tract); drilling or boring machine (rotary -
self-propelled); finishing machine operator; greaser; heavy
equipment robotics operator/mechanic; horizontal
directional drill operator; horizontal directional drill
locator; loader-forklift - skid loader (all types);
hoisting engineer (2 active drums); locomotive operator
(standard guage);  master environmental maintenance
mechanic; mechanics and welders  (field and plants);
mucking machine operator; piledrive operator; pitman crane
or boom truck (all types); push cat; quad-track; scraper
operators (all types); shovel operator; side discharge
spreader; sideboom cats; skimmer scoop operator; slip-form

paver (CMI, REX, Gomaco or equal); la tourneau rooter (all
tiller types); tow boat operator; truck crane; ultra high
perssure waterjet cutting tool system operator/mechanic;
vacuum blasting machine operator/mechanic; wood and log
chippers (all types)

GROUP 2: ""A"" Frame truck operator; back filler operator;
boilers (1); chip spreader;churn drill operator; concrete
mixer operator, skip loader; concrete saws
(self-propelled); conveyor operator; crusher operator;
distributor operator; elevating grader operator; farm
tractor (all attachments); fireman rig; float operator;
form grader operator; hoisting engine (1 drum); maintenance
operator; multiple compactor; pavement breaker,
self-propelled hydra- hammer (or similar type); power
shield; paymill operator; pumps; siphons and jets; stump
cutting machine; tank car heater operator (combination
boiler and booster); compressor; roller operator (with or
without blades); screening and washing plant;
self-propelled street broom or sweeper; straw blower; tank
car heater operator (combination boiler and booster);
vibrating machine operator (not hand held)

GROUP 3: Oilers

GROUP 4: Oiler Driver (All Types)

FOOTNOTE:
  HOURLY PREMIUMS FOLLOWING CLASSIFICATIONS SHALL RECEIVE
  ($1.00) ABOVE GROUP 1 RATE:
  Clamshells - 3 yd. capacity or over; Cranes or rigs, 80 ft.
  of boom or over (including jib);  Draglines, 3 yd. capacity
  or over;
Piledrivers 80 ft. of boom or over (including jib);
Shovels & backhoes, 3 yd. capacity or over.

----------------------------------------------------------------
 ENGI0101-022 05/01/2019

BARRY, BARTON, CAMDEN, CEDAR, CHRISTIAN, DADE, DALLAS, DOUGLAS,
GREENE, HICKORY, JASPER, LACLEDE, LAWRENCE,  MCDONALD, NEWTON,
OZARK, POLK, ST. CLAIR, STONE, TANEY, VERNON, WEBSTER AND
WRIGHT COUNTIES and CITY OF SPRINGFIELD


                                Rates         Fringes
Power equipment operators:
     GROUP 1.....................$ 31.72          14.88
     GROUP 2.....................$ 31.37          14.88
     GROUP 3.....................$ 31.17          14.88
     GROUP 4.....................$ 29.12          14.88

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

  GROUP 1:  Asphalt finishing machine & trench widening
  spreader; asphalt plant console operator; autograder;
  automatic slipform paver; backhoe; blade operator - all
  types; boat operator - tow; boilers-2; central mix concrete
  plant operator; clamshell operator; concrete mixer paver;
  crane operator; derrick or derrick trucks; ditching
  machine; dozer operator; dragline operator; dredge booster
  pump; dredge engineman; dredge operator; drill cat with
  compressor mounted on cat; drilling or boring machine
  rotary self-propelled; highloader; hoisting engine - 2
  active drums; launch hammer wheel; locomotive operator; -
  standard guage; mechanic and welders; mucking machine;
  off-road trucks; piledriver operator; pitman crane
  operator; push cat operator; quad trac; scoop operator -
  all types; shovel operator; sideboom cats; skimmer scoop

operators; trenching machine operator; truck crane.

GROUP 2: A-frame; asphalt hot-mix silo; asphalt plant fireman (drum or boiler); asphalt plant man; asphalt plant man; asphalt plant mixer operator; asphalt roller operator; backfiller operator; barber-greene loader; boat operator (bridges and dams); chip spreader; concrete mixer operator – skip loader; concrete plant operator; concrete pump operator; crusher operator; dredge oiler; elevating grader operator; fork lift; greaser-fleet; hoisting engine – 1; locomotive operator – narrow gauge; multiple compactor; pavement breaker; powerbroom – self-propelled; power shield; rooter; side discharge concrete spreader; slip form finishing machine; stumpcutter machine; throttle man; tractor operator (over 50 h.p.); winch truck.

GROUP 3: Boilers – 1; chip spreader (front man); churn drill operator; clef plane operator; concrete saw operator (self-propelled); curb finishing machine; distributor operator; finishing machine operator; flex plane operator; float operator; form grader operator; pugmill operator; roller operator, other than high type asphalt; screening & washing plant operator; siphons & jets; sub-grading machine operator; spreader box operator, self-propelled (not asphalt); tank car heater operator (combination boiler & booster); tractor operator (50 h.p. or less); Ulmac, Ulric or similar spreader; vibrating machine operator, not hand;

GROUP 4: Grade checker; Oiler; Oiler-Driver

HOURLY PREMIUMS:

The following classifications shall receive $ .25 above GROUP 1 rate:
Clamshells – 3 yds. or over; Cranes – Rigs or Piledrivers, 100 ft. of boom or over (including jib);
Draglines – 3 yds. or over; Hoists – each additional active drum over 2 drums; Shovels – 3 yds. or over;

The following classifications shall receive $ .50 above GROUP 1 rate:
Tandem scoop operator; Cranes – Rigs or Piledrivers, 150 ft. to 200 ft. of boom (including jib); Tandem scoop.

The following classifications shall receive $ .75 above GROUP 1 rate:
Cranes – Rigs or Piledrivers, 200 ft. of boom or over (including jib.).

----------------------------------------------------------------
 ENGI0513-004 05/06/2019

FRANKLIN, JEFFERSON, LINCOLN, ST CHARLES, AND WARREN COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Power equipment operators: | | |
| GROUP 1.....................$ 34.36 | | 27.36 |
| GROUP 2.....................$ 34.36 | | 27.36 |
| GROUP 3.....................$ 33.06 | | 27.36 |
| GROUP 4.....................$ 32.61 | | 27.36 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Backhoe, Cable; Backhoe, Hydraulic (2 cu yds bucket and under regardless of attachment, one oiler for 2 or 3, two oilers for 4 through 6); Backhoe, Hydraulic over 2 cu yds; Cableway; Crane, Crawler or Truck; Crane, Hydraulic – Truck or Cruiser mounted, 16 tons and over; Crane, Locomotive; crane with boom including jib over 100 ft from

pin to pin; Crane using rock socket tool; Derrick, Steam;
Derrick Car and Derrick Boat; Dragline, 7 cu yds and over;
Dredge; Gradall, Crawler or tire mounted; Locomotive, Gas,
Steam & other powers; Pile Driver, Land or Floating; Scoop,
Skimmer; Shovel, Power (Electric, Gas, Steam or other
powers); Shovel, Power (7 cu yds and over); Switch Boat;
Whirley; Air Tugger with air compressor; Anchor Placing
Barge; Asphalt Spreaker; Athey Force Feeder Loader,
self-propelled; Backfilling Machine; Boat Operator - Push
Boat or Tow Boat (job site); Boiler, High Pressure Breaking
in Period; Boom Truck, Placing or Erecting; Boring Machine,
Footing Foundation; Bullfloat; Cherry Picker; Combination
Concrete Hoist and Mixer (such as Mixermobile); Compressor,
Two 125 CFM and under; Compressor, Two through Four over
125 CFM; Compressor when operator runs throttle; Concrete
Breaker (Truck or Tractor mounted); Concrete Pump (such as
Pumpcrete machine); Concrete Saw (self-propelled); Concrete
Spreader; Conveyor, Large (not selfpropelled) hoisting or
moving brick and concrete into, or into and on floor level,
one or both; Crane, Cimbing (such as Linden); Crane,
Hydraulic - Rough Terrain, self-propelled; Crane, Hydraulic
- Truck or Cruiser mounted - under 16 tons; Drilling
machine - Self-powered, used for earth or rock drilling or
boring (wagon drills and any hand drills obtaining power
from other souces including concrete breakers, jackhammers
and Barco equipmnet no engineer required); Elevating
Grader; Engine Man, Dredge; Excavator or Powerbelt Machine;
Finishing Machine, self- propelled oscillating screed;
Forklift; Generators, Two through Six 30 KW or over;
Grader, Road with power blade; Greaser; Highlift; Hoist,
Concrete and Brick (Brick cages or concrete skips operating
or on tower, Towermobile, or similar equipment); Hoist,
Three or more drums in use; Hoist, Stack; Hydro-Hammer;
Lad-A-Vator, hoisting brick or concrete; Loading Machine
such as Barber-Greene; Mechanic on job site

GROUP 2:  Air Tugger with plant air; Boiler (for power or
heating shell of building or temporary enclosures in
connection with construction work); Boiler, Temporary;
Compressor, One over 125 CFM; Compressor, truck mounted;
Conveyor, Large (not self- propelled) moving brick and concrete (distributing)
on floor level; Curb Finishing Machine; Ditch Paving
Machine; Elevator (outside); Endless Chain Hoist; Fireman
(as required); Form Grader; Hoist, One Drum regardless of
size (except brick or concrete); Lad-A-Vator, other
hoisting; Manlift; Mixer, Asphalt, over 8 cu ft capacity;
Mixer, one bag capacity or less; Mixer, without side
loader, two bag capacity or more; Mixer, with side loader,
regardless of size, not Paver; Mud Jack (where mud jack is
used in conjenction with an air compressor, operator shall
be paid $ .55 per hour in addition to his basic hourly rate
for covering both operations); Pug Mill operator; Pump,
Sump - self powered, automatic controlled over 2""; Scissor
Lift (used for hoisting); Skid Steer Loader; Sweeper,
Street; Tractor, small wheel type 50 HP and under with
grader blade and similar equipment; Welding Machine, One
over 400 amp; Winch, operating from truck

GROUP 3:  Boat operator - outboard motor, job site; Conveyors
(such as Con-Vay-It) regardless of how used; Elevator
(inside); Heater operator, 2 through 6; Sweeper, Floor

GROUP 4:  Crane type

HOURLY PREMIUMS:

Backhoe, Hydraulic 2 cu yds or less without oiler - $2.00;
Crane,climbing (such as Linden) - $.50;
Crane, Pile Driving and Extracting - $ .50

Crane with boom (including job) over
 100 ft from pin to pin - add $.01 per foot
 to maximum of $4.00);
Crane, using rock socket tool - $ .50;
Derrick, diesel, gas or electric hoisting material
 and erecting steel (150 ft or more above ground) - $ .50;
Dragline, 7 cu yds and over - $ .50;
Hoist, Three or more drums in use - $ .50;
Scoop, Tandem - $.50;
Shovel, Power - 7 cu yds and over - $ .50;
Tractor, Tandem Crawler - $ .50;
Tunnel, man assigned to work in tunnel or
 tunnel shaft - $ .50;
Wrecking, when machines are working on
 second floor or higher - $ .50

----------------------------------------------------------------

ENGI0513-006 05/01/2019

                              Rates        Fringes

Power equipment operators:
     GROUP 1.....................$ 29.69         27.16
     GROUP 2.....................$ 29.34         27.16
     GROUP 3.....................$ 29.14         27.16
     GROUP 4.....................$ 25.49         27.16

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

 GROUP 1:  Asphalt finishing machine & trench widening
 spreader, asphalt plant console operator; autograder;
 automatic slipform paver; back hoe; blade operator - all
 types; boat operator tow; boiler two; central mix concrete
 plant operator; clam shell operator; concrete mixer paver;
 crane operator; derrick or derrick trucks; ditching
 machine; dozer cperator; dragline operator; dredge booster
 pump; dredge engineman; dredge operator; drill cat with
 compressor mounted on cat; drilling or boring machine
 rotary self-propelled; highloader; hoisting engine 2 active
 drums; launchhammer wheel; locomotive operator standrad
 guage; mechanics and welders; mucking machine; piledriver
 operator; pitman crane operator; push cat operator;
 quad-trac; scoop operator; sideboom cats; skimmer scoop
 operator; trenching machine operator; truck crane, shovel
 operator.

 GROUP 2:  A-Frame; asphalt hot-mix silo; asphalt roller
 operator asphalt plant fireman (drum or boiler); asphalt
 plant man; asphalt plant mixer operator; backfiller
 operator; barber-greene loader; boat operator (bridge &
 dams); chip spreader; concrete mixer operator skip loader;
 concrete plant operator; concrete pump operator; dredge
 oiler; elevating graded operator; fork lift; grease fleet;
 hoisting engine one; locomotive operator narrow guage;
 multiple compactor; pavement breaker; powerbroom
 self-propelled; power shield; rooter; slip-form finishing
 machine; stumpcutter machine; side discharge concrete
 spreader; throttleman; tractor operator (over 50 hp); winch
 truck; asphalt roller operator; crusher operator.

 GROUP 3:  Spreader box operator, self-propelled not asphalt;
 tractor operator (50 h.p. or less); boilers one; chip
 spreader (front man); churn drill operator; compressor over
 105 CFM 2-3 pumps 4"" & over; 2-3 light plant 7.5 KWA or any
 combination thereof; clef plane operator; compressor
 maintenance operator 2 or 3; concrete saw operator
 (self-propelled); curb finishing mancine; distributor
 operator; finishing machine operator; flex plane operator;
 float operator; form grader operator; pugmill operator;
 riller operator other than high type asphalt; screening &

washing plant operator; siphons & jets; subgrading machine
operator; tank car heater (combination boiler & booster);
ulmac, ulric or similar spreader; vibrating machine
operator; hydrobroom.

GROUP 4:  Oiler; grout machine; oiler driver; compressor over
105 CFM one; conveyor operator one; maintenance operator;
pump 4"" & over one.

FOOTNOTE:  HOURLY PREMIUMS

Backhoe hydraulic, 2 cu. yds. or under Without oiler - $2.00
Certified Crane Operator - $1.50;
Certified Hazardous Material Operator $1.50;
Crane, climbing (such as Linden) - $0.50;
Crane, pile driving and extracting - $0.50;
  Crane, with boom (including jib) over 100' from pin to pin
  add $0.01 per foot to maximum of $4.00;
Crane, using rock socket tool - $0.50;
  Derrick, diesel, gas or electric, hoisting material and
  erecting steel (150' or more above the ground) - $0.50;
Dragline, 7 cu. yds, and over - $0.50;
  Hoist, three or more drums in use - $0.50; Scoop, Tandem -
  $0.50;
Shovel, power -  7 cu. yds. or more - $0.50;
Tractor, tandem crawler - $0.50;
  Tunnel, man assigned to work in tunnel or tunnel shaft -
  $0.50;
  Wrecking, when machine is working on second floor or higher -
  $0.50;

----------------------------------------------------------------
ENGI0513-007 05/06/2019

ST. LOUIS CITY AND COUNTY

                            Rates        Fringes

Power equipment operators:
      GROUP 1.....................$ 34.36          27.36
      GROUP 2.....................$ 34.36          27.36
      GROUP 3.....................$ 33.06          27.36
      GROUP 4.....................$ 32.61          27.36

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

  GROUP 1:  Backhoe, cable or hydraulic; cableway; crane
  crawler or truck; crane, hydraulic-truck or cruiser mounted
  16 tons & over; crane locomotive; derrick, steam; derrick
  car & derrick boat; dragline; dredge;  gradall, crawler or
  tire mounted; locomotive, gas, steam & other powers; pile
  driver, land or floating; scoop, skimmer; shovel, power
  (steam, gas, electric or other powers); switch boat;
  whirley.

  GROUP 2:  Air tugger w/air compressor; anchor-placing barge;
  asphalt spreader; athey force feeder loader (self-
  propelled); backfilling machine; backhoe-loader; boat
  operator-push boat or tow boat (job site); boiler, high
  pressure breaking in period; boom truck, placing or
  erecting; boring machine, footing foundation; bull- float;
  cherry picker; combination concrete hoist & mixer (such as
  mixer mobile); compressor (when operator runs throttle);
  concrete breaker (truck or tractor mounted); concrete pump,
  such as pump-crete machine; concrete saw (self-propelled);
  concrete spreader; conveyor, large (not self-propelled);
  hoisting or moving brick and concrete into, or into and on
  floor level, one or both; crane, hydraulic-rough terrain,
  self-propelled; crane hydraulic-truck or cruiser
  mounted-under 16 tons; drilling machines, self-powered use

for earth or rock drilling or boring (wagon drills nd any
hand drills obtaining power from other sources including
concrete breakers, jackhammers and barco equipment-no
engineer required); elevating grader; engineman, dredge;
excavator or powerbelt machine; finishing machine,
self-propelled oscillating screed; forklift; grader, road
with power blade; highlift. greaser; hoist, stack,
hydro-hammer; loading machine (such as barber-greene);
machanic, on job site; mixer, pipe wrapping machines; plant
asphalt; plant, concrete producing or ready-mix job site;
plant heating-job site; plant mixing-job site; plant power,
generating-job site; pumps, two through six self-powered
over 2""; pumps, electric submersible, two through six, over
4""; quad-track; roller, asphalt, top or sub-grade; scoop,
tractor drawn; spreader box; sub-grader; tie tamper;
tractor-crawler, or wheel type with or without power unit,
power take-offs and attachments regardless of size;
trenching machine; tunnel boring machine; vibrating machine
automatic, automatic propelled; welding machines (gasoline
or diesel) two through six; well drilling machine

GROUP 3: Conveyor, large (not self-propelled); conveyor,
large (not self-propelled) moving brick and concrete
distributing) on floor level; mixer two or more mixers of
one bag capacity or less; air tugger w/plant air; boiler,
for power or heating on construction projects; boiler,
temporary; compressor (mounted on truck; curb finishing
machine; ditch paving machine; elevator; endless chain
hoist; form grader; hoist, one drum regardless of size;
lad-a-vator; manlift; mixer, asphalt, over 8 cu. ft.
capacity, without side loader, 2 bag capacity or more;
mixer, with side loader, regardless of size; pug mill
operator; pump, sump-self-powered, automatic controlled
over 2"" during use in connection with construction work;
sweeper, street; welding machine, one over 400 amp.; winch
operating from truck; scissor lift (used for hoisting);
tractor, small wheel type 50 h.p. & under with grader blade
& similar equipment; Oiler on dredge and on truck crane.

GROUP 4: Boat operator-outboard motor (job site); conveyor
(such as con-vay-it) regardless of how used; sweeper, floor

HOURLY PREMIUMS:
  Backhoe, hydraulic
2 cu. yds. or under without oiler              $2.00
  Certified Crane Operator                      1.50
  Certified Hazardous Material Operator         1.50
  Crane, climbing (such as Linden)               .50
  Crane, pile driving and extracting             .50
  Crane, with boom (including jib) over
100' (from pin to pin) add $.01
per foot to maximum of                          4.00
  Crane, using rock socket tool                  .50
  Derrick, diesel, gas or electric,
hoisting material and erecting steel
(150' or more above ground)                      .50
  Dragline, 7 cu. yds. and over                  .50
  Hoist, three (3) or more drums in use          .50
  Scoop, Tandem                                  .50
  Shovel, power - 7 cu. yds. or more             .50
  Tractor, tandem crawler                        .50
  Tunnel, man assigned to work in tunnel
or tunnel shaft                                  .50
  Wrecking, when machine is working on
second floor or higher                           .50

----------------------------------------------------------------
IRON0010-012 04/01/2019

                        Rates        Fringes

```
Ironworkers:
     ANDREW, BARTON, BENTON,
     CAMDEN, CEDAR,  CHARITON,
     CHRISTIAN, COOPER, DADE,
     DALLAS, DAVIESS, DE KALB,
     GENTRY, GREENE, GRUNDY,
     HARRISON, HICKORY, HOLT,
     HOWARD, LACLEDE, LINN,
     LIVINGSTON, MERCER,
     MONITEAU, MORGAN, NODAWAY,
     PETTIS, POLK, PUTNAM,
     RANDLOPH, ST. CLAIR,
     SULLIVAN, TANEY, VERNON,
     WEBSTER, WRIGHT and WORTH
     Counties and portions of
     ADAIR, BOONE, MACON,
     MILLER and RANDOLPH
     Counties...................$ 30.55          30.44
     ATCHISON, BATES, BUCHANAN,
     CALDWELL, CARROLL, CASS,
     CLAY, CLINTON, HENRY,
     JACKSON, JOHNSON,
     LAFAYETTE, PETTIS, PLATTE,
     SALINE, AND RAY COUNTIES....$ 33.55          30.44
----------------------------------------------------------------
 IRON0321-002 09/01/2019

DOUGLAS, HOWELL and OZARK COUNTIES

                              Rates          Fringes

Ironworker.....................$ 21.10          19.01
----------------------------------------------------------------
 IRON0396-004 08/07/2019

ST. LOUIS (City and County), ST. CHARLES, JEFFERSON, IRON,
FRANKLIN, LINCOLN, WARREN, WASHINGTON, ST. FRANCOIS, STE.
GENEVIEVE, and REYNOLDS Counties; and portions of MADISON,
PERRY, BOLLINGER, WAYNE, and CARTER Counties

                              Rates          Fringes

Ironworker.....................$ 34.91          27.36
----------------------------------------------------------------
 IRON0396-009 08/07/2019

AUDRAIN, CALLAWAY, COLE, CRAWFORD, DENT, GASCONADE, MARIES,
MONTGOMERY, OSAGE, PHELPS, PIKE, PULASKI, TEXAS and WRIGHT
Counties; and portions of BOONE, CAMDEN, DOUGLAS, HOWELL,
LACLEDE, MILLER, MONROE, OREGON, SHANNON and RALLS Counties

                              Rates          Fringes

Ironworker.....................$ 30.44          27.36
----------------------------------------------------------------
 IRON0577-005 06/01/2019

ADAIR, CLARK, KNOX, LEWIS, MACON, MARION, MONROE, RALLS,
SCHUYLER, SCOTLAND, AND SHELBY COUNTIES

                              Rates          Fringes

Ironworker.....................$ 26.60          24.00
----------------------------------------------------------------
 IRON0584-004 06/01/2019
```

BARRY, JASPER, LAWRENCE, MCDONALD, NEWTON AND STONE Counties

|  | Rates | Fringes |
|---|---|---|
| Ironworkers:....................$ 26.00 | | 15.35 |

----------------------------------------------------------------
 IRON0782-003 05/01/2019

CAPE GIRARDEAU, MISSISSIPPI, NEW MADRID, SCOTT, & STODDARD
Counties; and portions of BOLLINGER, BUTLER, CARTER, DUNKLIN,
MADISON, PEMISCOT, PERRY, RIPLEY, and WAYNE Counties

|  | Rates | Fringes |
|---|---|---|
| Ironworkers: | | |
| Locks, Dams, Bridges and other major work on the Mississippi and Ohio River only.......................$ 31.63 | | 24.27 |
| All Other Work.............$ 27.38 | | 23.29 |

----------------------------------------------------------------
 LABO0042-003 03/06/2019

ST. LOUIS (City and County)

|  | Rates | Fringes |
|---|---|---|
| LABORER | | |
| Plumber Laborer............$ 33.22 | | 15.67 |

----------------------------------------------------------------
 LABO0042-005 03/06/2019

ST. LOUIS (City and County)

|  | Rates | Fringes |
|---|---|---|
| LABORER | | |
| Dynamiter, Powderman........$ 33.22 | | 15.67 |
| Laborers, Flaggers..........$ 33.22 | | 15.67 |
| Wrecking....................$ 33.22 | | 15.67 |

----------------------------------------------------------------
 LABO0424-002 05/01/2016

|  | Rates | Fringes |
|---|---|---|
| LABORER | | |
| ADAIR, AUDRAIN, BOONE, CALLAWAY, CHARITON, CLARK, COLE, COOPER, HOWARD, IRON, KNOX, LEWIS, LINN, MACON, MADISON, MARION, MILLER, MONITEAU, MONROE, PERRY, PIKE, PUTNAM, RALLS, RANDOLPH, REYNOLDS, ST. FRANCOIS, STE. GENEVIEVE, SCHUYLER, SCOTLAND, SHELBY AND SULLIVAN COUNTIES | | |
| GROUP 1....................$ 27.96 | | 13.17 |
| GROUP 2....................$ 27.96 | | 13.17 |
| BOLLINGER, BUTLER, CAPE GIRARDEAU, CARTER, CRAWFORD, DENT, DUNKLIN, GASCONADE, HOWELL, MARIES, MISSISSIPPI, NEW MADRID, OREGON, OSAGE, PEMISCOT, PHELPS, PULASKI, RIPLEY, SCOTT, SHANNON, STODDARD, TEXAS, WASHINGTON AND | | |

```
WAYNE COUNTIES
   GROUP 1.....................$ 27.96          13.17
   GROUP 2.....................$ 27.96          13.17
FRANKLIN COUNTY
   GROUP 1.....................$ 29.71          13.17
   GROUP 2.....................$ 30.31          13.17
JEFFERSON COUNTY
   GROUP 1.....................$ 29.76          13.17
   GROUP 2.....................$ 30.36          13.17
LINCOLN, MONTGOMERY AND
WARREN COUNTIES
   GROUP 1.....................$ 31.18          13.32
   GROUP 2.....................$ 31.18          13.32
ST.CHARLES COUNTY
   GROUP 1.....................$  3.18          13.32
   GROUP 2.....................$ 31.18          13.32
```

LABORERS CLASSIFICATIONS

GROUP 1 - General laborer-flagman, carpenter tenders;
salamander Tenders; Dump Man; Ticket Takers; loading trucks
under bins, hoppers, and conveyors; track man; cement
handler; dump man on earth fill; georgie buggie man;
material batch hopper man; spreader on asphalt machine;
material mixer man (except on manholes); coffer dams;
riprap pavers rock, block or brick; scaffolds over ten feet
not self-supported from ground up; skip man on concrete
paving; wire mesh setters on concrete paving; all work in
connection with sewer, water, gas, gasoline, oil, drainage
pipe, conduit pipe, tile and duct lines and all other pipe
lines; power tool operator; all work in connection with
hydraulic or general dredging operations; form setters,
puddlers (paving only); straw blower nozzleman; asphalt
plant platform man; chuck tender; crusher feeder; men
handling creosote ties or creosote materials; men working
with and handling epoxy material; topper of standing trees;
feeder man on wood pulverizers, board and willow mat
weavers and cabelee tiers on river work; deck hands; pile
dike and revetment work; all laborers working on
underground tunnels less than 25 ft. where compressed air
is not used; abutement and pier hole men working six (6)
ft. or more below ground; men working in coffer dams for
bridge piers and footing in the river; barco tamper;
jackson or any other similar tamp; cutting torch man;
liners, curb, gutters, ditch lines; hot mastic kettlemen;
hot tar applicator; hand blade operator; mortar men or
brick or block manholes; rubbing concrete, air tool
operator under 65 lbs.; caulker and lead man; chain or
concrete saw under 15 h.p.; signal Gan; Guard rail and sign
erectors.

GROUP 2 - Skilled laborers - Vibrator man; asphalt raker;
head pipe layer on sewer work; batterboard man on pipe and
ditch work; cliff scalers working from bosun's chairs;
scaffolds or platforms on dams or power plants over 10 ft.
high; air tool operator over 65 lbs.; stringline man on
concrete paving; sandblast man; laser beam man; wagon
drill; churn drill; air track drill and all other similar
type drills, gunite nozzle man; pressure grout man; screed
man on asphalt; concrete saw 15 h.p. and over; grade
checker; strigline man on electronic grade control; manhole
builder; dynamite man; powder man; welder; tunnel man;
waterblaster - 1000 psi or over; asbestos and/or hazardous
waste removal and/or disposal

----------------------------------------------------------------
LABO0579-005 05/01/2019

                              Rates          Fringes

```
LABORER (ANDREW, ATCHISON,
BUCHANAN, CALDWELL, CLINTON,
DAVIESS, DEKALB, GENTRY,
GRUNDY, HARRISON, HOLT,
LIVINGSTON, MERCER, NODAWAY
and  WORTH COUNTIES.)
     GROUP 1.....................$ 26.66          14.97
     GROUP 2.....................$ 27.01          14.97
LABORER (BARRY, BARTON,
BATES, BENTON, CAMDEN,
CARROLL, CEDAR, CHRISTIAN,
DADE, DALLAS, DOUGLAS,
GREENE, HENRY. HICKORY,
JASPER, JOHNSON, LACLEDE,
LAWRENCE, MCDONALD, MORGAN,
NEWTON, OZARK, PETTIS, POLK,
ST.CLAIR, SALINE, STONE,
TANEY, VERNON, WEBSTER and
WRIGHT COUNTIES)
     GROUP 1.....................$ 25.66          14.17
     GROUP 2.....................$ 26.21          14.17
LABORER (LAFAYETTE COUNTY)
     GROUP 1.....................$ 27.21       0.0014.42
     GROUP 2.....................$ 27.56       0.0014.42
```

LABORERS CLASSIFICATIONS

GROUP 1:  General Laborers - Carpenter tenders; salamander
tenders; loading trucks under bins; hoppers & conveyors;
track men & all other general laborers; air tool operator;
cement handler-bulk or sack; dump man on earth fill;
georgie buggie man; material batch hopper man; material
mixer man (except on manholes); coffer dams; riprap pavers
- rock, block or brick; signal man; scaffolds over ten feet
not self-supported from ground up; skipman on concrete
paving; wire mesh setters on concrete paving; all work in
connection with sewer, water, gas, gasoline, oil drainage
pipe, conduit pipe, tile and duct lines and all other pipe
lines; power tool operator, all work in connection with
hydraulic or general dredging operations; puddlers (paving
only); straw blower nozzleman; asphalt plant platform man;
chuck tender; crusher feeder; men handling creosote ties or
creosote materials; men working with and handling epoxy
material or materials (where special protection is
required); rubbing concrete; topper of standing trees;
batter board man on pipe and ditch work; feeder man on wood
pulverizers; board and willow mat weavers and cable tiers
on river work; deck hands; pile dike and revetment work;
all laborers working on underground tunnels less than 25
feet where compressed air is not used; abutment and pier
hole men working six (6) feet or more below ground; men
working in coffer dams for bridge piers and footings in the
river; ditchliners; pressure groutmen; caulker; chain or
concrete saw; cliffscalers working from scaffolds, bosuns'
chairs or platforms on dams or power plants over (10) feet
above ground; mortarmen on brick or block manholes; toxic
and hazardous waste work.

GROUP 2:  Skilled Laborers - Head pipe layer on sewer work;
laser beam man; Jackson or any other similar tamp; cutting
torch man; form setters; liners and stringline men on
concrete paving, curb, gutters; hot mastic kettleman; hot
tar applicator; sandblasting and gunite nozzlemen; air tool
operator in tunnels; screed man on asphalt machine; asphalt
raker; barco tamper; churn drills; air track drills and all
similar drills; vibrator man; stringline man for electronic
grade control; manhole builders-brick or block; dynamite
and powder men; grade checker.

----------------------------------------------------------------

LABO0663-002 04/01/2019

CASS, CLAY, JACKSON, PLATTE AND RAY COUNTIES

|  | Rates | Fringes |
|---|---|---|
| LABORER |  |  |
| GROUP 1.....................$ 30.73 | | 15.98 |
| GROUP 2.....................$ 31.94 | | 15.98 |

LABORERS CLASSIFICATIONS

GROUP 1:  General laborers, Carpenter tenders, salamander
tenders, loading trucks under bins, hoppers and conveyors,
track men and all other general laborers, air tool
operator, cement handler (bulk or sack), chain or concrete
saw, deck hands, dump man on earth fill, Georgie Buggies
man, material batch hopper man, scale man, material mixer
man (except on manholes), coffer dams, abutments and pier
hole men working below ground, riprap pavers rock, black or
brick, signal man, scaffolds over ten feet not
self-supported from ground up, skipman on concrete paving,
wire mesh setters on concrete paving, all work in
connection with sewer,water, gas, gasoling, oil, drainage
pipe, conduit pipe, tile and duct lines and all other
pipelines, power tool operator, all work in connection with
hydraulic or general dredging operations, straw blower
nozzleman,asphalt plant platform man, chuck tender, crusher
feeder, men handling creosote ties on creosote materials,
men working with and handling epoxy material or materials
(where special protection is required), topper of standing
trees, batter board man on pipe and ditch work, feeder man
on wood pulverizers, board and willow mat weavers and cable
tiers on river work, deck hands, pile dike and revetment
work, all laborers working on underground tunnels less than
25 feet where compressed air is not used, abutment and pier
hole men working six (6) feet or more below ground, men
working in coffer dams for bridge piers and footings in the
river, ditchliners, pressure groutmen, caulker and chain or
concrete saw, cliffscalers working from scaffolds, bosuns'
chairs or platforms on dams or power plants over (10) feet
above ground, mortarmen on brick or block manholes, signal
man.

GROUP 2:  Skilled Laborer - spreader or screed man on
asphalt machine, asphalt raker, grade checker, vibrator
man, concrete saw over 5 hp., laser beam man, barco tamper,
jackson or any other similar tamp, wagon driller, churn
drills, air track drills and other similar drills, cutting
torch man, form setters, liners and stringline men on
concrete paving, curb, gutters and etc., hot mastic
kettleman, hot tar applicator, hand blade operators, mortar
men on brick or block manholes, sand blasting and gunnite
nozzle men, rubbing concrete, air tool operator in tunnels,
head pipe layer on sewer work, manhole builder (brick or
block), dynamite and powder men.

----------------------------------------------------------------
PAIN0002-002 09/01/2007

CLARK, FRANKLIN, JEFFERSON, LEWIS, LINCOLN, MARION, PIKE,
RALLS, ST. CHARLES, ST. LOUIS (CITY & COUNTY), AND WARREN
COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Painters: |  |  |
| Brush and Roller; Taper.....$ 28.61 | | 10.24 |
| High work over 60 feet......$ 29.11 | | 10.24 |

```
        Lead Abatement..............$ 29.36           10.24
        Pressure Roller; High work
        under 60 ft.................$ 28.86           10.24
        Spray & Abrasive Blasting;
        Water Blasting (Over 5000
        PSI)........................$ 30.61           10.24
        Taper (Ames Tools &
        Bazooka)....................$ 30.21           10.24
----------------------------------------------------------------
 PAIN0002-006 04/01/2018

ADAIR, AUDRAIN, BOONE, CALLAWAY, CHARITON, COLE, GASCONADE,
HOWARD, KNOX, LINN, MACON, MONROE, MONTGOMERY, OSAGE, PUTNAM,
RANDOLPH, SCHUYLER, SCOTLAND, SHELBY AND SULLIVAN COUNTIES and
the City of Booneville.


                                Rates         Fringes

Painters:
        Bridges, Dams, Locks or
        Powerhouses.................$ 25.93          12.79
        Brush and Roll; Taping,
        Paperhanging................$ 23.93          12.79
        Epoxy or Any Two Part
        Coating; Sandblasting;
        Stage or other Aerial Work
        - Platforms over 50 feet
        high; Lead Abatement........$ 24.93          12.79
        Spray; Structural Steel
        (over 50 feet)..............$ 24.93          12.79
        Tapers using Ames or
        Comparable Tools............$ 24.68          12.79
----------------------------------------------------------------
 PAIN0003-004 04/01/2017

CASS, CLAY, CLINTON, JACKSON, JOHNSON, LAFAYETTE, PLATTE & RAY
COUNTIES


                                Rates         Fringes

Painters:
        Bridgeman; Lead Abatement;
        Sandblast; Storage Bin &
        Tanks.......................$ 31.96          16.96
        Brush & Roller..............$ 29.34          16.96
        Drywall.....................$ 30.34          16.96
        Paper Hanger................$ 29.84          16.96
        Stageman; Beltman;
        Steelman; Elevator Shaft;
        Bazooka, Boxes and Power
        Sander; Sprayman; Dipping...$ 30.96          16.96
        Steeplejack.................$ 35.53          16.96
----------------------------------------------------------------
 PAIN0003-011 04/01/2011

BATES, BENTON, CALDWELL, CARROLL, COOPER, DAVIESS, GRUNDY,
HARRISON, HENRY, LIVINGSTON, MERCER, MONITEAU, MORGAN, PETTIS &
SALINE COUNTIES


                                Rates         Fringes

Painters:
        Bridgeman; Lead Abatement;
        Sandblast; Storage Bin &
        Tanks.......................$ 24.06          14.04
        Brush & Roller..............$ 22.67          14.04
        Drywall.....................$ 22.84          14.04
```

```
        Paper Hanger...............$ 23.07              14.04
        Stageman; Beltman;
        Steelman; Elevator Shaft;
        Bazooka, Boxes and Power
        Sander; Sprayman; Dipping...$ 23.56            14.04
        Steeplejack.................$ 26.82            14.04
----------------------------------------------------------------
  PAIN0203-001 04/01/2012
```

BARRY, BARTON, CEDAR, CHRISTIAN, DADE, DALLAS, DOUGLAS, GREENE,
HICKORY, HOWELL, JASPER, LAWRENCE, MCDONALD, NEWTON, OZARK,
POLK, ST. CLAIR, STONE, TANEY, VERNON, WEBSTER, and WRIGHT
COUNTIES

```
                            Rates          Fringes

Painters:
        Finisher...................$ 20.18            11.33
        Painter....................$ 19.75            11.76
        Sandblaster, High Man,
        Spray Man, Vinyl Hanger,
        Tool Operator..............$ 21.18            11.33
----------------------------------------------------------------
  PAIN1265-003 07/01/2013
```

CAMDEN, CRAWFORD, DENT, LACLEDE, MARIES, MILLER, PHELPS,
PULASKI AND TEXAS COUNTIES

```
                            Rates          Fringes

Painters:
        Brush and Roller...........$ 25.64            13.27
        Floor Work.................$ 26.14            13.27
        Lead Abatement.............$ 27.89            13.27
        Spray......................$ 27.14            13.27
        Structural Steel,
        Sandblasting and All Tank
        Work.......................$ 26.89            13.27
        Taping, Paperhanging.......$ 26.64            13.27
----------------------------------------------------------------
  PAIN1292-002 09/01/2016
```

BOLLINGER, BUTLER, CAPE GIRARDEAU, CARTER, DUNKLIN,
MISSISSIPPI, NEW MADRID, OREGON, PEMISCOT, PERRY, REYNOLDS,
RIPLEY, SCOTT, SHANNON, STODDARD and WAYNE COUNTIES

```
                            Rates          Fringes

Painters:
        Bridges, Stacks & Tanks.....$ 30.85           11.64
        Brush & Roller.............$ 25.35           11.64
        Spray & Abrasive Blasting;
        Waterblasting (over 5000
        PSI).......................$ 28.95           11.64
```

Height Rates (All Areas):
Over 60 ft. $0.50 per hour.
Under 60 ft. $0.25 per hour.

```
----------------------------------------------------------------
  PAIN1292-003 09/01/2017
```

IRON, MADISON, ST. FRANCOIS, STE. GENEVIEVE and WASHINGTON
COUNTIES

```
                            Rates          Fringes
```

```
Painters:
    Bridges, Stacks & Tanks.....$ 31.05         12.74
    Brush & Roller..............$ 25.70         12.74
    Spray & Abrasive Blasting;
    Waterblasting (Over 5000
    PSI)........................$ 28.70         12.74
```

Height Rates (All Areas):
Over 60 ft. $0.50 per hour
Under 60 ft. $0.25 per hour.

----------------------------------------------------------------
 PAIN2012-001 04/01/2019

ANDREW, ATCHISON, BUCHANAN, DE KALB, GENTRY, HOLT, NODAWAY &
WORTH COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Painters: | | |
| Brush & Roller..............$ 31.26 | | 17.26 |
| Sandblaster.................$ 32.76 | | 17.26 |
| Steeplejack.................$ 36.33 | | 17.26 |

----------------------------------------------------------------
 PLAS0518-006 03/01/2019

BARRY, BARTON, CEDAR, CHRISTIAN, DADE, DALLAS, DOUGLAS, GREENE,
HICKORY, JASPER, LACLEDE, LAWRENCE, MCDONALD, NEWTON, OZARK,
POLK, ST. CLAIR, STONE, TANEY, VERNON, WEBSTER, AND WRIGHT
COUNTIES

|  | Rates | Fringes |
|---|---|---|
| CEMENT MASON/CONCRETE FINISHER...$ 24.30 | | 11.61 |

----------------------------------------------------------------
 PLAS0518-007 04/01/2019

CASS (Richards-Gebaur AFB only), CLAY, JACKSON, PLATTE AND RAY
COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Cement Masons:...................$ 32.32 | | 17.89 |

----------------------------------------------------------------
 PLAS0518-011 04/01/2019

ANDREW, ATCHISON, BATES, BUCHANNAN, CLINTON, DEKALB, GENTRY,
HENRY, HOLT, JOHNSON, LAFAYETTE, NODAWAY & WORTH COUNTIES

|  | Rates | Fringes |
|---|---|---|
| CEMENT MASON/CONCRETE FINISHER...$ 32.00 | | 20.13 |

----------------------------------------------------------------
 PLAS0527-001 04/01/2018

|  | Rates | Fringes |
|---|---|---|
| CEMENT MASON | | |
| FRANKLIN, LINCOLN AND | | |
| WARREN COUNTIES.............$ 30.74 | | 18.07 |
| JEFFERSON, ST. CHARLES | | |
| COUNTIES AND ST.LOUIS | | |
| (City and County)..........$ 32.66 | | 18.62 |

----------------------------------------------------------------
 PLAS0527-004 06/01/2017

CRAWFORD, DENT, IRON, MADISON, MARION, PHELPS, PIKE, PULASKI,
RALLS, REYNOLDS, ST. FRANCOIS, STE. GENEVIEVE, SHANNON, TEXAS,
WASHINGTON COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| CEMENT MASON.....................| $ 28.10  | 18.07   |

----------------------------------------------------------------
 PLAS0908-001 05/01/2017

BOLLINGER, BUTLER, CAPE GIRARDEAU, CARTER, DUNKLIN, HOWELL,
MISSISSIPPI, NEW MADRID, OREGON, PEMISCOT, PERRY, RIPLEY,
SCOTT, STODDARD, AND WAYNE COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| CEMENT MASON.....................| $ 27.60  | 15.73   |

----------------------------------------------------------------
 PLAS0908-005 05/01/2017

BENTON, CALDWELL, CALLAWAY, CAMDEN, CARROLL, COLE, DAVIESS,
GASCONADE, GRUNDY, HARRISON, LIVINGSTON, MACON, MARIES, MERCER,
MILLER, MONTGOMERY, MORGAN, OSAGE, PETTIS & SALINE COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| CEMENT MASON.....................| $ 27.60  | 15.73   |

----------------------------------------------------------------
* PLUM0008-003 06/01/2019

CASS, CLAY, JACKSON, JOHNSON, AND PLATTE COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| Plumbers.........................| $ 47.14  | 21.39   |

----------------------------------------------------------------
* PLUM0008-017 06/01/2019

BATES, BENTON, CARROLL, HENRY, LAFAYETTE, MORGAN, PETTIS, RAY,
ST. CLAIR, SALINE AND VERNON  COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| Plumbers.........................| $ 47.14  | 21.39   |

----------------------------------------------------------------
 PLUM0045-003 08/01/2019

ANDREW, ATCHISON, BUCHANAN, CALDWELL, CLINTON, DAVIESS, DEKALB,
GENTRY, HARRISON, HOLT, NODAWAY AND WORTH COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| Plumbers and Pipefitters........| $ 37.75  | 23.65   |

----------------------------------------------------------------
 PLUM0178-003 11/01/2018

BARRY, CEDAR, CHRISTIAN, DADE, DALLAS, DOUGLAS, GREENE,
HICKORY, LACLEDE, LAWRENCE, POLK, STONE, TANEY, WEBSTER AND
WRIGHT COUNTIES

|                                  | Rates    | Fringes |
|----------------------------------|----------|---------|
| Plumbers and Pipefitters........| $ 30.90  | 15.35   |

```
--------------------------------------------------------
  PLUM0178-006 11/01/2018

BARTON, JASPER, MCDONALD AND NEWTON COUNTIES

                             Rates        Fringes

Plumbers and Pipefitters
    Projects $750,000 & under...$ 27.93        15.35
    Projects over $750,000......$ 30.90        15.35
--------------------------------------------------------
  PLUM0533-004 06/01/2019

BATES, BENTON, CARROLL, CASS, CLAY, HENRY, HICKORY, JACKSON,
JOHNSON, LAFAYETTE, MORGAN, PETTIS, PLATTE, RAY, SALINE, ST.
CLAIR AND VERNON COUNTIES

                             Rates        Fringes

Pipefitters.....................$ 46.68        22.55
--------------------------------------------------------
  PLUM0562-004 07/01/2019

ADAIR, AUDRAIN, BOLLINGER, BOONE, BUTLER, CALLAWAY,CAMDEN, CAPE
GIRARDEAU,CARTER, CHARITON, CLARK, COLE, COOPER, CRAWFORD,
DENT, DUNKLIN, FRANKLIN, GASCONADE, GRUNDY, HOWARD, HOWELL,
IRON, JEFFERSON, KNOX, LEWIS, LINCOLN, LINN, LIVINGSTON, MACON,
MADISON, MARIES, MARION, MERCER, MILLER, MISSISSIPPI, MONITEAU,
MONROE, MONTGOMERY, NEW MADRID,  OREGON, OSAGE, PEMISCOTT,
PERRY, PHELPS, PIKE, PULASKI, PUTNAM, RALLS, RANDOLPH,
REYNOLDS, RIPLEY, ST. CHARLES, ST.FRANCOIS, STE. GENEVIEVE, ST.
LOUIS, SCHUYLER, SCOTLAND, SCOTT, SHANNON, SHELBY, STODDARD,
SULLIVAN, TEXAS, WARREN, WASHINGTON,AND WAYNE COUNTIES.

                             Rates        Fringes

Plumbers and Pipefitters
    Mechanical Contracts
    including all piping and
    temperature control work
    $7.0 million & under........$ 40.41        21.49
    Mechanical Contracts
    including all piping and
    temperature control work
    over $7.0 million...........$ 41.85        27.85
--------------------------------------------------------
  PLUM0562-016 07/01/2019

CAMDEN, COLE, CRAWFORD, FRANKLIN, JEFFERSON, MARIES, MILLER,
MONITEAU, OSAGE, PHELPS, PULASKI, ST. CHARLES, ST. LOUIS (City
and County), WARREN and WASHINGTON COUNTIES

                             Rates        Fringes

Plumbers
    Mechanical Contracts
    including all piping and
    temperature control work
    $7.0 million & under........$ 40.41        21.49
    Mechanical Contracts
    including all piping and
    temperature control work
    over $7.0 million...........$ 41.85        27.85
--------------------------------------------------------
  TEAM0013-001 05/01/2019

                             Rates        Fringes
```

Truck drivers (ADAIR, BUTLER,
CLARK, DUNKIN, HOWELL, KNOX,
LEWIS, OREGON, PUTNAM,
RIPLEY, SCHUYLER AND SCOTLAND
COUNTIES)

| | Rates | Fringes |
|---|---|---|
| GROUP 1.....................$ 30.34 | | 13.75 |
| GROUP 2.....................$ 30.49 | | 13.75 |
| GROUP 3.....................$ 30.61 | | 13.75 |
| GROUP 4.....................$ 30.50 | | 13.75 |

Truck drivers (AUDRAIN,
BOLLINGER, BOONE, CALLAWAY,
CAPE GIRARDEAU, CARTER, COLE,
CRAWFORD, DENT, GASCONADE,
IRON, MACON, MADISON, MARIES,
MARION, MILLER, MISSISSIPPI,
MONROE, MONTGOMERY, NEW
MADRID, OSAGE, PEMISCOT,
PERRY, PHELPS, PIKE, PULASKI,
RALLS, REYNOLDS, ST.
FRANCOIS, STE. GENEVIEVE,
SCOTT, SHANNON, SHELBY,
STODDARD, TEXAS, WASHINGTON
AND WAYNE COUNTIES)

| | Rates | Fringes |
|---|---|---|
| GROUP 1.....................$ 31.07 | | 13.75 |
| GROUP 2.....................$ 31.22 | | 13.75 |
| GROUP 3.....................$ 31.34 | | 13.75 |
| GROUP 4.....................$ 31.23 | | 13.75 |

Truck drivers (FRANKLIN,
JEFFERSON and ST. CHARLES
COUNTIES)

| | Rates | Fringes |
|---|---|---|
| GROUP 1.....................$ 33.43 | | 13.75 |
| GROUP 2.....................$ 33.58 | | 13.75 |
| GROUP 3.....................$ 33.65 | | 13.75 |
| GROUP 4.....................$ 33.54 | | 13.75 |

Truck drivers (LINCOLN and
WARREN COUNTIES)

| | Rates | Fringes |
|---|---|---|
| GROUP 1.....................$ 32.08 | | 13.75 |
| GROUP 2.....................$ 33.23 | | 13.75 |
| GROUP 3.....................$ 32.30 | | 13.75 |
| GROUP 4.....................$ 32.19 | | 13.75 |

TRUCK DRIVERS CLASSIFICATIONS:

GROUP 1: Flat Bed Trucks, Single Axle; Station Wagons;
Pickup Trucks; Material Trucks, Single Axle; Tank Wagon,
Single Axle

GROUP 2: Agitator and Transit Mix Trucks

GROUP 3: Flat Bed Trucks, Tandem Axle; Articulated Dump
Trucks; Material Trucks, Tandem Axle; Tank Wagon, Tandem
Axle

GROUP 4: Semi and/or Pole Trailers; Winch, Fork & Steel
Trucks; Distributor Drivers and Operators; Tank Wagon,
Semi-Trailer; Insley Wagons, Dumpsters, Half-Tracks,
Speedace, Euclids and other similar equipment; A-Frame and
Derrick Trucks; Float or Low Boy

----------------------------------------------------------------
TEAM0056-001 05/01/2019

                              Rates        Fringes

Truck drivers (ANDREW,
BARTON, BATES, BENTON,
CALDWELL, CAMDEN, CARROLL,
CEDAR, CHARITON, CHRISTIAN,
CLINTON, COOPER, DADE,

```
DALLAS, DAVIESS, DEKALB,
DOUGLAS, GREENE, HENRY,
HICHKORY, HOWARD, JASPER,
LACLEDE, LAWRENCE, LINN,
LIVINGSTON, MONITEAU, MORGAN,
NEWTON, PETTIS, POLK,
RANDOLPH, ST. CLAIR, SALINE,
VERNON, WEBSTER AND WRIGHT
COUNTIES)
      GROUP 1....................$ 30.77            13.75
      GROUP 2....................$ 30.92            13.75
      GROUP 3....................$ 31.04            13.75
      GROUP 4....................$ 30.93            13.75
Truck drivers: (ATCHISON,
BARRY, GENTRY, GRUNDY,
HARRISON, HOLT, MCDONALD,
MERCER, NODAWAY, OZARK,
STONE, SULLIVAN, TANEY AND
WORTH COUNTIES)
      GROUP 1....................$ 30.04            13.75
      GROUP 2....................$ 30.19            13.75
      GROUP 3....................$ 30.31            13.75
      GROUP 4....................$ 30.20            13.75
Truck drivers; (BUCHANAN,
JOHNSON AND LAFAYETTE
COUNTIES)
      GROUP 1....................$ 31.98            13.75
      GROUP 2....................$ 32.13            13.75
      GROUP 3....................$ 32.20            13.75
      GROUP 4....................$ 32.09            13.75
```

TRUCK DRIVER CLASSIFICATIONS

  GROUP 1:  Flat bed trucks single axle; station wagons; pickup
  trucks; material trucks single axle; tank wagons single
  axle.

GROUP 2:  Agitator and transit mix-trucks.

  GROUP 3:  Flat bed trucks tandem axle; articulated dump
  trucks; material trucks tandem axle; tank wagons tandem
  axle.

  GROUP 4:  Semi and/or pole trailers; winch, fork & steel
  trucks; distributor drivers & operators; tank wagons semi-
  trailer; insley wagons, dumpsters, half-tracks, speedace,
  euclids & other similar equipment; A-frames and derrick
  trucks; float or low boy.

----------------------------------------------------------------
 TEAM0245-001 03/26/2012

BARRY, BARTON, CAMDEN, CEDAR, CHRISTIAN, DALLAS, DENT, DOUGLAS,
GREENE, HICKORY, HOWELL, JASPER, LACLEDE, LAWRENCE, MCDONALD,
MILLER, NEWTON, OZARK, PHELPS, POLK, PULASKI, SHANNON, STONE,
TANEY, TEXAS, VERNON, WEBSTER AND WRIGHT COUNTIES

```
                                Rates         Fringes

Truck drivers:
    Traffic Control Service
    Driver....................$ 20.45          0.00
```

  PAID HOLIDAYS: New Year's Day, Decoration Day, July 4th,
  Labor Day, Thanksgiving Day, Christmas Day, employee's
  birthday and 2 personal days.

----------------------------------------------------------------
 TEAM0541-001 04/01/2019

CASS, CLAY, JACKSON, PLATTE AND RAY COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Truck drivers: | | |
| GROUP 1.....................$ 33.01 | | 15.75 |
| GROUP 2.....................$ 32.44 | | 15.75 |
| GROUP 3.....................$ 31.92 | | 15.75 |

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1:  Mechanics and Welders, Field; A-Frame Low Boy-Boom
ruck Driver.

GROUP 2:  Articulated Dump Truck; Insley Wagons: Dump Trucks,
Excavating, 5 cu yds and over; Dumpsters; Half-Tracks:
Speedace: Euclids & similar excavating equipment Material
trucks, Tandem Two teams; Semi-Trailers; Winch trucks-Fork
trucks; Distributor Drivers and Operators; Agitator and
Transit Mix; Tank Wagon Drivers, Tandem or Semi; One Team;
Station Wagons; Pickup Trucks; Material Trucks, Single
Axle; Tank Wagon Drivers, Single Axle

GROUP 3:  Oilers and Greasers - Field

----------------------------------------------------------------
 TEAM0682-002 05/01/2017

ST LOUIS CITY AND COUNTY

|  | Rates | Fringes |
|---|---|---|
| Truck drivers: | | |
| GROUP 1.....................$ 33.30 | | 13.79+a+b+c+d |
| GROUP 2.....................$ 33.50 | | 13.79+a+b+c+d |
| GROUP 3.....................$ 33.60 | | 13.79+a+b+c+d |

a. PENSION: 5/1/2012 - $182.20 per week.

b. HAZMAT PREMIUM: If Hazmat certification on a job site is
required by a state or federal agency or requested by
project owner or by the employer, employees on that job
site shall receive $1.50 premium pay.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1 - Pick-up trucks; forklift, single axle; flatbed
trucks; job site ambulance, and trucks or trailers of a
water level capacity of 11.99 cu. yds. or less

GROUP 2 - Trucks or trailers of a water level capacity of
12.0 cu yds. up to 22.0 cu yds. including euclids, speedace
and similar equipment of same capacity and compressors

GROUP 3 - Trucks or trailers of a water level capacity of
22.0 cu. yds & over including euclids, speedace & all
floats, flatbed trailers, boom trucks, winch trucks,
including small trailers, farm wagons tilt-top trailers,
field offices, tool trailers, concrete pumps, concrete
conveyors & gasoline tank trailers and truck mounted mobile
concrete mixers

FOOTNOTE FOR TRUCK DRIVERS:

c.  PAID HOLIDAYS:  Christmas Day, Independence Day, Labor
Day,  Memorial Day, Veterans Day, New Years Day,
Thanksgiving Day

d. PAID VACATION:  3 days paid vacation for 600 hours of

service in any one contract year; 4 days paid vacation for 800 hours of service in any one contract year; 5 days paid vacation for 1,000 hours of service in any one contract year. When such an employee has completed 3 years of continuous employment with the same employer and then works the above required number of hours, he shall receive double the number of days of vacation specified above. When such an employee has completed 10 years of continuous employment with the same employer and then works the above required number of hours, he shall receive triple the number of days of vacation specified above. When such an employee has completed 15 years of continuous employment with the same employer and then works the above required number of hours, he shall receive 4 times the number of days of vacation specified above.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Davis-Bacon Act for which the contract is awarded (and any solicitation was issued) on or after January 1, 2017. If this contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is a victim of, domestic violence, sexual assault, or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

The body of each wage determination lists the classification and wage rates that have been found to be prevailing for the cited type(s) of construction in the area covered by the wage determination. The classifications are listed in alphabetical order of ""identifiers"" that indicate whether the particular rate is a union rate (current union negotiated rate for local), a survey rate (weighted average rate) or a union average rate (weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed in dotted lines beginning with characters other than ""SU"" or ""UAVG"" denotes that the union classification and rate were prevailing for that classification in the survey. Example: PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of the union which prevailed in the survey for this classification, which in this example would be Plumbers. 0198 indicates the local union number or district council number where applicable, i.e., Plumbers Local 0198. The next number,

005 in the example, is an internal number used in processing the wage determination. 07/01/2014 is the effective date of the most current negotiated rate, which in this example is July 1, 2014.

Union prevailing wage rates are updated to reflect all rate changes in the collective bargaining agreement (CBA) governing this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that no one rate prevailed for this classification in the survey and the published rate is derived by computing a weighted average rate based on all the rates reported in the survey for that classification.  As this weighted average rate includes all rates reported in the survey, it may include both union and non-union rates. Example: SULA2012-007 5/13/2014. SU indicates the rates are survey rates based on a weighted average calculation of rates and are not majority rates. LA indicates the State of Louisiana. 2012 is the year of survey on which these classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. 5/13/2014 indicates the survey completion date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate that no single majority rate prevailed for those classifications; however, 100% of the data reported for the classifications was union data. EXAMPLE: UAVG-OH-0010 08/29/2014. UAVG indicates that the rate is a weighted union average rate. OH indicates the state. The next number, 0010 in the example, is an internal number used in producing the wage determination. 08/29/2014 indicates the survey completion date for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of each year, to reflect a weighted average of the current negotiated/CBA rate of the union locals from which the rate is based.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on
  a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal

process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

```
          Branch of Construction Wage Determinations
          Wage and Hour Division
          U.S. Department of Labor
          200 Constitution Avenue, N.W.
          Washington, DC 20210
```

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

```
          Wage and Hour Administrator
          U.S. Department of Labor
          200 Constitution Avenue, N.W.
          Washington, DC 20210
```

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

```
          Administrative Review Board
          U.S. Department of Labor
          200 Constitution Avenue, N.W.
          Washington, DC 20210
```

4.) All decisions by the Administrative Review Board are final.

================================================================

```
          END OF GENERAL DECISION"
```


## AWARD TO OFFEROR
## AWARD TO SUCCESSFUL OFFEROR

Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO) or an Administrative
Contracting Officer (ACO)), acting within their appointed limits, has the authority to issue modifications or
otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer
attempts to make changes to the terms and conditions of this contract, you shall not proceed with the change and
shall immediately notify the Contracting Officer. Proceeding with any work not authorized by the Contracting
Officer will be at the Contractor's own risk.