**EXHIBIT C**

| RUST CONSTRUCTORS, INC. | SUBCONTRACT # 37602-SUB-003, Modification No. 2 |
|---|---|
| **Client/Prime Contract/Task Order** | **AECOM Numbers:** |
| Client: U.S. Army Corp of Engineers Omaha District<br>Prime contract #: W9128F20D0008/Task Order #: W9128F20F0155<br>Prime contract (task order) pricing: Cost Plus | Project #: 37602<br>Vendor #:<br>FCAP Reference #: |
| **Subcontractor:** | **Issued By:** |
| Hendrickson Transportation, LLC<br>Address: 2762 310th Street<br>City, State, ZIP: Hamburg, IA 51640-5069<br>Attn: Darin Henrickson, President<br>Phone: 712-382-1505<br>E-Mail: darinh@hendricksonent.com | Rust Constructors, Inc.<br>7601 Technology Way, Ste 100<br>Denver, CO 80237<br>Attn: Lisa Venhuizen<br>Phone: 303-843-2568<br>E-Mail: lisa.venhuizen@aecom |
| **Period of Performance:** | **Price** | **Payment Terms:** |
| From: June 19, 2020<br>To: April 30, 2021; | Not to Exceed $14,721,997.62 | Article 6 |

### Refer to page 2 for description of this Modification No. 2.
### TABLE OF CONTENTS

This agreement ("Subcontract" or "Agreement") between the parties, when referenced herein shall be deemed to include the documents referenced in the Table of Contents below:

**Signature Form (this page)**
Subcontract Agreement
Appendix A – Special Provisions
Appendix B – Supplemental Prime Contract Terms and Conditions
Appendix C – Statement/Scope of Work
Appendix D – Pricing/Fee Schedule of Values
Appendix E – Waivers and Releases
Appendix F – AECOM Subconsultant Anti-Bribery Corruption Compliance
Appendix G - Project Controls Requirements
Appendix H – Pay Application
Appendix I – Davis Bacon Wage Determination

This subcontract/order is certified for national defense use and you are required to follow all provisions of the Defense Priorities and Allocation System (15 CFR 700). This subcontract is rated as Not Rates.

The effective date of this Subcontract is the date of the last signature below.

By signing this agreement, Supplier hereby certifies that the small business size category(ies) indicated on the provided
☐ P2[DCS]-003-FM7, 8 or 9  ☒ SAM.gov Reps & Certs dated Nov. 13, 2019  ☐ P2[DCS]-003-FM6 dated June 04, 2020 are current, accurate, and complete as of the time of this award.

By signing this agreement (in cases where the subcontract value is greater than $35,000 and is not considered a commercial item), the subcontractor certifies that neither the subcontractor nor its principals is/are debarred, suspended, or proposed for debarment by the Federal Government as of the date of the subcontractor's execution of this Agreement.

The parties acknowledge that there has been an opportunity to negotiate the terms and conditions of this Subcontract and agree to be bound accordingly.

| HENDRICKSON TRANSPORTATION, LLC. | RUST CONSTRUCTORS, INC. |
|---|---|
| *Tuesday Wray* | *[signature]* |
| Signature        Date  11/10/2020 | Signature        Date  11/10/20 |
| Tuesday Wray | JJ Johnson |
| Printed Name | Printed Name |
| COO | Project Manager |
| Printed Title | Printed Title |

Subcontract 37602-SUB-003
Modification No. 2
November 6, 2020

This Modification No. 2 to Subcontract 37602-SUB-003 effective 11/6/2020 is issued to amend the scope as follows:

Incorporate Option scope: $11,930,238.56

Provide reimbursement for initial fuel supply for project: $14,285.67

Provide reimbursement for material trucking of aggregate materials of triple 60" diameter rock for the Rock Creek Culvert Crossing: $10,175.00

Provide an allowance for future miscellaneous support efforts: $5,000.00

Update the following Exhibits:
Updated Appendix D – Pricing / Fee Schedule of Values

All other terms and conditions of the original subcontract and Modification No. 1 remain unchanged.

Original Contract: $2,762,298.39
This Modification 2: $11,959,699.23
New NTE Total: $14,721,997.62

\*\*\*\*\*\*\*\*\*\*

## Operated Equipment Rates

| Pay Item | Description | UOM | Unit Price |
|---|---|---|---|
| 1 | 16' Disc w/ Tractor | Hour | $ 190.00 |
| 2 | CAT D5M | Hour | $ 186.00 |
| 3 | CAT D6N | Hour | $ 186.00 |
| 4 | CAT 300 | Hour | $ 205.00 |
| 5 | CAT 345 | Hour | $ 232.00 |
| 6 | Front Loader CAT 950 | Hour | $ 210.00 |
| 7 | CAT 14G | Hour | $ 210.00 |
| 8 | CAT 140M | Hour | $ 200.00 |
| 9 | Roller - Cat 815 | Hour | $ 205.00 |
| 10 | CAT 84" Smooth Drum | Hour | $ 177.00 |
| 11 | 550 Hp Quad Tractor w/ Dbl Pan | Hour | $ 305.00 |
| 12 | Art Dump Truck | Hour | $ 285.00 |
| 13 | Truck, Water, 4000 Gallon | Hour | $ 186.00 |
| 14 | Water Wagon & Rubber Tire Tractor 4,200 Gal | Hour | $ 193.00 |
| 15 | Tractor w/ Attachment ROLLER BLADE | Hour | $ 200.00 |
| 16 | Skid Loader Deere 325G | Hour | $ 155.00 |
| 17 | Labor (Operator, Mechanic and Maintenance Costs) | Hour | $ 88.00 |
| 18 | Mobilization | N/A | $ - |
| 19 | Demobilization | N/A | $ - |
| 20 | CAT 365 | N/A | $ 246.00 |

Equpment will not be charged if equipment is not operated.
Equipment will not be charged while down for repairs.

## Equipment Rates - Operator Provided by Others

| Pay Item | Description | UOM | Unit Price |
|---|---|---|---|
| 21 | John Deere 850L | Hour | $ 130.00 |
| 22 | Komatsu D61PX | Hour | $ 106.00 |

Operator provided by other rates are standard operated rates minus $80.