

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, OMAHA DISTRICT
1616 CAPITOL AVENUE
OMAHA, NE 68102-4901

22 November 2021

AECOM Technical Services
Attn: Aisha Z. Ross, Contracts Manager
112 East Pecan Street, Suite 400
San Antonio, TX 78205

SUBJECT: NOTICE OF TERMINATION FOR CONVENIENCE, TASK ORDER W9128F20F0155

Reference: Federal Acquisition Regulation (FAR) Part 49 and FAR 52.249-6 Alternate I

Ms. Ross,

1. You are notified that I have determined it is in the Government's interest that your Task Order No. W9128F20F0155 (referred to as "the task order"), dated 19 May 2020, to repair damage to Levee System L-536 from the March 2019 flood event, be completely terminated for the Government's convenience (except for the actions detailed in paragraph 2 below) under FAR 52.249-6 Alternate I, included in Contract W9128F20D0008 and incorporated into the task order. The termination is effective immediately upon receipt of this notice.

2. AECOM Technical Services (ATS) shall take the following steps:

   a. Stop all work immediately, except for the following actions that the Contracting Officer authorizes you to continue per FAR 49.105-4 to ensure the cleanup of the site, protection of serviceable materials, removal of hazards, and to leave a safe and healthful site:

      1) Ditch 3. ATS must take appropriate action to complete the work for Ditch 3, **except for:**

         i. Hanson ditch rip rap placement.
         ii. All seeding and blanketing.
         iii. Levee surfacing.

      2) Ditch 5. ATS must take the following action for Ditch 5:

         i. Install the 60" RCP to include testing and anchoring, including timber support beams, sheet pile cap, and flap gate at the outlet.
         ii. Install lean concrete.
         iii. Install cohesive backfill, to include placement of drainage sand and

perforated pipe.
   iv. Complete the structural placement at the structure lid.
   v. Raise temporary ring levee to full permanent levee height with adjacent material onsite.
   vi. Demonstrate the performance of installed sluice gates.
   vii. Install sand drain fill between ring levee and structure outlet.
   viii. Leave interior drainage pump system in place.
   ix. Remove the dewatering system and properly abandon wells.
   x. Turnover to Government currently stockpiled rip rap (~1,500T).

3) Ditch 7. ATS must take the following action for Ditch 7:

   i. Remove RCP from the site.
   ii. Proceed with pipe embeds removals.
   iii. Complete sluice gate installation.
   iv. Protect and winterize exposed rebar installed at inlet and outlet headwalls—turnover loose outlet rebar and outlet flap-gates to Government for storage as directed by the Contracting Officer.
   v. Raise temporary ring levee back to permanent levee height with adjacent material onsite.
   vi. Install sand drain fill between ring levee and structure outlet.
   vii. Leave interior drainage pump system in place.
   viii. Remove dewatering well pumps and supporting infrastructure but keep wells in place.

4) As-Built & Survey Data. ATS must complete and provide as-builts and survey data for all completed work per the task order terms, including Ditches 5 & 7.

5) General Site Restoration. ATS must demobilize and restore the site per the terms of the task order and SOW.
   i. Turnover seeding for GB13.

b. Keep adequate records of your compliance with (2)(a) of this section showing –

   1) The date you received the Notice of Termination.
   2) The effective date of the termination; and
   3) The extent of completion of performance on the effective date.

c. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice –

   1) Specify your Government task order number.
   2) State that the Government terminated the task order in full.
   3) Provide instructions to stop work and terminate subcontracts under the task order, subject to the exceptions in (2)(a) of this section.

4) Provide instructions to submit any settlement proposal promptly upon completion of the subcontractor's work; and
5) Request that each subcontractor give similar notices and directions to its immediate subcontractors.

d. Notify the Contracting Officer of pending legal proceedings based on subcontracts, purchase orders, or other commitments related to the terminated task order. In addition, promptly notify the Contracting Officer of any such proceedings filed after receipt of this notice.

e. Take any other action required by the Contracting Officer or under the Termination clause in the contract.

f. Termination inventory.

1) To settle your proposal, ATS must adequately account for all prime and subcontractor termination inventory. For detailed information, see Federal Acquisition Regulation (FAR) Part 45.

g. Settlements with subcontractors. You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. Therefore, ATS must settle these settlement proposals as promptly as possible. For purposes of reimbursement, the Government will handle settlements per FAR Part 49.

h. Employees affected.

1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your workforce, ATS should —

   i. Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations so that the Service can take timely action in assisting displaced workers;
   ii. Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;
   iii. Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;
   iv. Inform officials of local unions having agreements with you of the impending reduction-in-force; and
   v. Inform the local Chamber of Commerce and other appropriate organizations that offer practical assistance in finding

employment for displaced workers of the impending reduction-in-force.

2) If practicable, urge subcontractors to take similar actions to those described in (h)(1) above.

3. Please acknowledge receipt of this notice as provided on the following page.

*Digitally signed by NEAL.DAVID.W.1115489000*
*Date: 2021.11.22 13:14:16 -06'00'*

David W. Neal
Contracting Officer

4

## Acknowledgment of Notice

The undersigned acknowledges receipt of a signed copy of this Notice of Termination for Convenience under task order W9128F20F0155 on _____, 2021.
                                                                                   (Date)

_____
(Name of Contractor)

By: _____
(Name & Title)

_____
(Signature)