**EXHIBIT I**

| RUST CONSTRUCTORS, INC. | SUBCONTRACT # 37602-SUB-003, Modification No. 7 |
|---|---|
| **Client/Prime Contract/Task Order** | **RUST Numbers:** |
| Client: U.S. Army Corp of Engineers Omaha District<br>Prime contract #: W9128F20D0008/Task Order #:<br>W9128F20F0155<br>Prime contract (task order) pricing: Cost Plus | Project #: 37602<br>Vendor #:<br>FCAP Reference #: |
| **Subcontractor:** | **Issued By:** |
| Hendrickson Transportation, LLC<br>Address: 2762 310th Street<br>City, State, ZIP: Hamburg, IA 51640-5069<br>Attn: Darin Henrickson, President<br>Phone: 712-382-1505<br>E-Mail: darinh@hendricksonent.com | Rust Constructors, Inc.<br>7601 Technology Way, Ste 100<br>Denver, CO 80237<br>Attn: Michelle DeVette<br>Phone: 303-513-2172<br>E-Mail: michelle.devette@shimmick.com |
| **Period of Performance:** | **Price** | **Payment Terms:** |
| From: June 19, 2020<br>To: project completion; | Not to Exceed $71,074.627.91 | Article 6 |

Refer to page 2 for description of this Modification No. 7

TABLE OF CONTENTS

This agreement ("Subcontract" or "Agreement") between the parties, when referenced herein shall be deemed to include the documents referenced in the Table of Contents below:

**Signature Form (this page)**
Subcontract Agreement
Appendix A – Special Provisions
Appendix B – Supplemental Prime Contract Terms and Conditions
Appendix C – Statement/Scope of Work
Appendix D – Pricing/Fee Schedule of Values
Appendix E – Waivers and Releases
Appendix F – AECOM Subconsultant Anti-Bribery Corruption Compliance
Appendix G - Project Controls Requirements
Appendix H – Pay Application
Appendix I – Davis Bacon Wage Determination

This subcontract/order is certified for national defense use and you are required to follow all provisions of the Defense Priorities and Allocation System (15 CFR 700). This subcontract is rated as Not Rates.

The effective date of this Subcontract is the date of the last signature below.

By signing this agreement, Supplier hereby certifies that the small business size category(ies) indicated on the provided ☐ P2[DCS]-003-FM7, 8 or 9 X SAM.gov Reps & Certs dated Nov. 13, 2019 ☐ P2[DCS]-003-FM6 dated June 04, 2020 are current, accurate, and complete as of the time of this award.

By signing this agreement (in cases where the subcontract value is greater than $35,000 and is not considered a commercial item), the subcontractor certifies that neither the subcontractor nor its principals is/are debarred, suspended, or proposed for debarment by the Federal Government as of the date of the subcontractor's execution of this Agreement.

The parties acknowledge that there has been an opportunity to negotiate the terms and conditions of this Subcontract and agree to be bound accordingly.

| HENDRICKSON TRANSPORTATION, LLC. | | RUST CONSTRUCTORS, INC. | |
|---|---|---|---|
| *Darin HENDRICKSON* | 1/31/2022 | *CC* | 1/31/22 |
| Signature | Date | Signature | Date |
| Darin Hendrickson | | JJ Johnson | |
| Printed Name | | Printed Name | |
| President | | Project Manager | |
| Printed Title | | Printed Title | |

Subcontract 37602-SUB-003
Modification No. 7

This Modification No. 7 to Subcontract 37602-SUB-003 is issued to amend the scope as follows:

Amend Exhibit D – Schedule of Values (equipment rate sheet) to incorporate three additional pieces of equipment – night shift differential, trench compactor, and 8,000-gallon water tank.

Modify Article 2.1 to remove the reference to Firm Fixed Price. This agreement is Fixed Unit Rate.

Modify Article 7.1 to update the paragraph with the following "Agreement(s) and/or actions taken by Subcontractor that, by their nature, effect a change to this Subcontract, shall be binding upon Company when such agreement or action is authorized by Company's designated Subcontract Administrator or Subcontract Project Manager. All correspondence between Subcontractor and Company shall be addressed to Company's designated Subcontract Administrator and Subcontract Project Manager.

Update the named Subcontract Administrator to Michelle DeVette.

All other terms and conditions of the subcontract remain unchanged.

Contract with previous amendments: $71,074,627.91
This Modification 7: $0.00
New NTE Total: $71,074,627.91

\*\*\*\*\*\*\*\*\*\*

Equipment descriptions shown are used to generally describe the type of equipment assigned to that billing code. The actual make, model and capacity may vary dependent on equipment availability, but will be of similar or higher specifications. In addition, it will be billed at the same or lower hourly rate.

| Billing Code | Description | Expanded Description | Hendrickson Hourly Rates |
|---|---|---|---|
| E001 | Dozer - CAT D-5M, JD 700, KOM 41 with Aggregate Spreader Attachment 10' W | TRACTOR, CRAWLER (DOZER), 110 HP, LOW GROUND PRESSURE W/3.37 CY SEMI-U BLADE | 186.00 |
| E002 | Dozer - CAT D 6N, JD 750 - LGP, KOM 61 - Approximate - 150 hp | TRACTOR, CRAWLER (DOZER), 140 HP, LOW GROUND PRESSURE W/4.84 CY ANGLE BLADE | 186.00 |
| E003 | Dozer - CAT D 6N, JD 750 - LGP, KOM 61 - Approximate - 150 hp - LGP WITH GPS | TRACTOR, CRAWLER (DOZER), 140 HP, LOW GROUND PRESSURE W/4.84 CY ANGLE BLADE | 190.00 |
| E004 | Dozer - CAT D 6T, JD 850, KOM 65 - LGP - Approximate - 200 hp | TRACTOR, CRAWLER (DOZER), 185 HP, LOW GROUND PRESSURE W/7.44 CY SEMI-U BLADE | 210.00 |
| E005 | Dozer - CAT D 6T, JD 850, KOM 65 - LGP - Approximate - 200 hp - LGP WITH GPS | TRACTOR, CRAWLER (DOZER), 185 HP, LOW GROUND PRESSURE W/7.44 CY SEMI-U BLADE | 214.00 |
| E006 | Dozer - CAT 7R, JD 950, KOM 85 - LGP - Approximate - 240 hp | TRACTOR, CRAWLER (DOZER), 240 HP, LOW GROUND PRESSURE W/7.70 CY STRAIGHT BLADE | 270.00 |
| E009 | Dozer - CAT D 8T, JD 950, KOM 155 WITH GPS - Approximate - 300 hp | TRACTOR, CRAWLER (DOZER), 310 HP, POWERSHIFT, LOW GROUND PRESSURE, W/15.3 SEMI-U BLADE | 316.00 |
| E010 | Excavator - CAT 320D, JD 200, KOM 200 WITH THUMB - Approximate 44,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 43,800 LBS, 1.50 CY BUCKET, 21.75' MAX DIGGING DEPTH WITH HYDRAULIC EXCAVATOR, ATTACHMENT, MATERIAL HANDLING, 0.75 CY BUCKET, W/TIPS | 172.00 |
| E011 | Excavator - CAT 330, JD 350, KOM 350 - Approximate 75,000 to 80,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 77,800 LBS, WITH MAX CAPACITY CY BUCKET, 24.58' MAX DIGGING DEPTH | 205.00 |
| E012 | Excavator - CAT 345EL, JD 450, KOM 450 - Approximate 100,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 101,900 LBS, WITH MAX CAPACITY CY BUCKET, 25.58' MAX DIGGING DEPTH | 232.00 |
| E015+A40 | Loaders - CAT 950 | LOADER, FRONT-END, WHEELED, 3.5 CY BUCKET, ARTICULATED 4X4, | 210.00 |
| E019 | Motorgrader - CAT C14-M | GRADER, MOTOR, ARTICULATED, 6X4, 14' BLADE W/7 SHANK RIPPER | 210.00 |
| E020 | Roller - 815 Sheepsfoot | ROLLER, STATIC, VIBRATORY, LANDFILL/SOIL COMPACTOR, SHEEPSFOOT, 4X4, 23 TON, 56" DIA, 14.25' WIDTH PER 2-PASS, W/BLADE | 205.00 |
| E021 | Roller - Sheepsfoot - 84" with Cab | ROLLER, VIBRATORY, SELF-PROPELLED, SINGLE DRUM, PAD FOOT, 12.5 TON, 84" WIDE, 3X2 SOIL COMPACTOR | 177.00 |
| E022 | Smooth Drum Roller - 84" with Cab | ROLLER, VIBRATORY, SELF-PROPELLED, SINGLE DRUM, SMOOTH, 12.2 TON, 84" WIDE, 3X2, SOIL COMPACTOR | 177.00 |
| E029 | Tractor - 425 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 256.00 |
| E030 | Tractor - 450 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 256.00 |
| E031 | Tractor - 500 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 260.00 |
| E032 | Tractor - 550 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 260.00 |
| E033 | Tractor - 425 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 270.00 |
| E035 | Tractor - 500 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |

| Code | Description | Specification | Rate |
|---|---|---|---|
| E036 | Tractor - 550 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E038 | Tractor - 450 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 270.00 |
| E039 | Tractor - 500 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E040 | Tractor - 550 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E041 | Tractor - 425 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 280.00 |
| E042 | Tractor - 450 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 280.00 |
| E043 | Tractor - 500 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |
| E044 | Tractor - 550 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |
| E047 | Tractor - 500 hp with Tandem Scrapers (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E048 | Tractor - 550 hp with Tandem Scrapers (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E050 | Tractor - 450 hp withTandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 300.00 |
| E051 | Tractor - 500 hp with Tandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E052 | Tractor - 550 hp with Tandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E055 | Tractor 225 + hp with 16' Box Blade | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 190.00 |
| E056 | Tractor 225 + hp with 20' Box Blade | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 195.00 |
| E057 | Tractor - 225 + hp with Rome Disc - 36" DIA X 12'W or Larger | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 190.00 |
| E059 | Truck, Dump - Articulated - 30 Ton | TRUCK, OFF-HIGHWAY, ARTICULATED FRAME, 17-22 CY, 30 TON, 6X6 REAR DUMP | 265.00 |
| E061 | Truck, Dump - Articulated - 40 Ton | TRUCK, OFF-HIGHWAY, ARTICULATED FRAME, 21-29 CY, 40 TON, 6X6 REAR DUMP | 285.00 |
| E063 | Truck, Water, 4000 Gallon (Prime will not provide fuel.) | TRUCK, WATER, 50,000 LBS GVW, 3 AXLE, 6X4 WITH 4000 GAL WATER TANK | 186.00 |
| E064 | Truck, Water, Off-Highway - 5000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 5,000 GALLONS, W/CAT 613C TRACTOR | 193.00 |
| E065 | Truck, Water, Off-Highway, 6000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 6,000 GALLONS, W/CAT 621E TRACTOR | 200.00 |
| E066 | Truck, Water, Off-Highway, 8000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 8,000 GALLONS, W/CAT 631E TRACTOR | 205.00 |
| E067 | Truck, Highway with Low-Boy Trailer (Prime will not provide fuel and Weston will only pay from pick up to delivery.) | TRUCK, HIGHWAY, 75,000 GVW, 3 AXLE, 6X6 WITH LOW-BOY TRAILER (50 TONS - 3 AXLE) | 260.00 |
| E075 | Tractor - 600 hp with single 21cy scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |

| Code | Description | Details | Rate |
|---|---|---|---|
| E076 | Tractor - 600 hp with Tandem 21cy scapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 315.00 |
| E081 | 60 ft long reach Excavator | 60 ft long reach Excavator (75000 lb machine) | 210.00 |
| E082 | Walk Behind Trench Compactor | BOMAG 8500 or equivilent | 155.00 |
| E082 | JD 323D Skidsteer | Track Skidsteer 14000 lbs with forks | 155.00 |
| E083 | Night Shift Differential on All Operated Hours | Night Shift Differential | 15.00 |
| E087 | Tractor - 150+hp with bush hog mower | TRACTOR WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 205.00 |
| E088 | Tractor with Roller Blade | Tractor with blade including roller behind blade | 200.00 |
| E089 | Tractor with multi blade leveler | Tractor with multi blade leveler (metal craft) | 220.00 |
| E090 | Tractor with Side Dump Wagon | Tractor with Side Dump Wagon | 310.00 |
| E091 | Generator | | 3.00 |
| E092 | Soil Stabilizer | Soil Stabilizer Machine | 330.00 |
| E093 | Marooka | 10-11 ton | 200.00 |
| E094 | Tractor Only | | 100.00 |
| L001 | On-Site Superintendent (& personal vehicle) | RATE PER HOUR FOR ONE SUPERINTENDENT | 150.00 |
| L002 | Laborer Rate | RATE PER HOUR FOR ONE GENERAL LABORER | 88.00 |
| L003 | Foreman | RATE PER HOUR FOR ONE FOREMAN | 130.00 |
| L005 | Laborer with Pickup and Trailer | RATE PER HOUR FOR ONE LABORER WITH PICKUP AND TRAILER - HT TO PROVIDE FUEL | 130.00 |
| L006 | Laborer with Pickup Only (no trailer) | RATE PER HOUR FOR ONE LABORER WITH PICKUP ONLY - HT TO PROVIDE FUEL | 100.00 |
| L007 | Mechanic with Tool Truck | On Site Mechanic with Tool Truck | 207.00 |

Equipment will not be charged if equipment is not operated.
Equipment will not be charged while down for repairs.
Unoperated Equipment Rate (if equipment is operated by others): Operated rated listed herein minus labor rate of $88.00