| RUST CONSTRUCTORS, INC. | SUBCONTRACT # 37602-SUB-003, Modification No. 8 |
|---|---|

| Client/Prime Contract/Task Order | RUST Numbers: |
|---|---|
| Client: U.S. Army Corp of Engineers Omaha District<br>Prime contract #: W9128F20D0008/Task Order #:<br>W9128F20F0155<br>Prime contract (task order) pricing: Cost Plus | Project #: 37602<br>Vendor #:<br>FCAP Reference #: |

| Subcontractor: | Issued By: |
|---|---|
| Hendrickson Transportation, LLC<br>Address: 2762 310th Street<br>City, State, ZIP: Hamburg, IA 51640-5069<br>Attn: Darin Henrickson, President<br>Phone: 712-382-1505<br>E-Mail: darinh@hendricksonent.com | Rust Constructors, Inc.<br>7601 Technology Way, Ste 100<br>Denver, CO 80237<br>Attn: Michelle DeVette<br>Phone: 303-513-2172<br>E-Mail: michelle.devette@shimmick.com |

| Period of Performance: | Price | Payment Terms: |
|---|---|---|
| From: June 19, 2020<br>To: January 15, 2022 | $71,082.747.31 | Article 6 |

## Refer to page 2 for description of this Modification No. 8

## TABLE OF CONTENTS

This agreement ("Subcontract" or "Agreement") between the parties, when referenced herein shall be deemed to include the documents referenced in the Table of Contents below:

**Signature Form (this page)**
Subcontract Agreement
Appendix A – Special Provisions
Appendix B – Supplemental Prime Contract Terms and Conditions
Appendix C – Statement/Scope of Work
Appendix D – Pricing/Fee Schedule of Values
Appendix E – Waivers and Releases
Appendix F – AECOM Subconsultant Anti-Bribery Corruption Compliance
Appendix G - Project Controls Requirements
Appendix H – Pay Application
Appendix I – Davis Bacon Wage Determination

This subcontract/order is certified for national defense use and you are required to follow all provisions of the Defense Priorities and Allocation System (15 CFR 700). This subcontract is rated as Not Rates.

The effective date of this Subcontract is the date of the last signature below.

By signing this agreement, Supplier hereby certifies that the small business size category(ies) indicated on the provided

☐ P2[DCS]-003-FM7, 8 or 9 X SAM.gov Reps & Certs dated Nov. 13, 2019 ☐ P2[DCS]-003-FM6 dated June 04, 2020 are current, accurate, and complete as of the time of this award.

**By signing this agreement (in cases where the subcontract value is greater than $35,000 and is not considered a commercial item), the subcontractor certifies that neither the subcontractor nor its principals is/are debarred, suspended, or proposed for debarment by the Federal Government as of the date of the subcontractor's execution of this Agreement.**

The parties acknowledge that there has been an opportunity to negotiate the terms and conditions of this Subcontract and agree to be bound accordingly.

| HENDRICKSON TRANSPORTATION, LLC. | | RUST CONSTRUCTORS, INC. | |
|---|---|---|---|
| *Tuesday Wray (signature)* | 4/19/2022 | *CC (signature)* | 4/19/22 |
| Signature | Date | Signature | Date |
| Tuesday Wray | | JJ Johnson | |
| Printed Name | | Printed Name | |
| COO | | Project Manager | |
| Printed Title | | Printed Title | |

Subcontract 37602-SUB-003
Modification No. 8

This modification to subcontract is issued to amend the scope as follows:

1) Amend Exhibit D – Schedule of Values (equipment rate sheet) to incorporate additional rates into the rate sheet. Most of the rates were previously added to subcontract via previous amendments; however, the individual rates were not incorporated into the rate sheet. The rates added which are new are specific to the bucket and tamper rental and the rental repairs scope.

2) Increase subcontract total by $8,119.40 for the bucket and tamper rental and the rental repairs scopes.

| | | | Hendrickson | |
|---|---|---|---|---|
| Item Description | Quantity | Unit | Unit Rate | Extension |
| Skeleton Bucket | 1 | Monthly | $940.00 | $940.00 |
| HP210 Compactor (Tamper) | 1 | Monthly | $2,100.00 | $2,100.00 |
| Handling Fee for Bucket & Tamper | 1 | LS | $309.17 | $309.17 |
| Tax on HP210 Compactor | 1 | EA | | $51.70 |
| **Bucket & Tamper Subtotal** | | | | **$3,400.87** |
| | | | | |
| Rental Repairs by Hendrickson | Quantity | Unit | Unit Rate | Extension |
| 3/4" fittings | 4 | EA | $5.99 | $23.96 |
| 3/4" wrencher | 2 | EA | $10.95 | $21.90 |
| Belt | 2 | EA | $20.34 | $40.68 |
| Welding Gas (acetylene) | 1 | EA | $35.00 | $35.00 |
| Howes Diesel Treatment | 1 | EA | $15.99 | $15.99 |
| OffSite Labor | 20 | HR | $150.00 | $2,925.00 |
| OnSite Labor | 8 | HR | $207.00 | $1,656.00 |
| **Rental Repairs Subtotal** | | | | **$4,718.53** |
| **Total** | | | | **$8,119.40** |

3) Update the Period of Performance end date to reflect the final date of services provided.

All other terms and conditions of the subcontract remain unchanged.

| | |
|---|---|
| Original: | $2,762,298.39 |
| Amendment 1: | $0.00 |
| Amendment 2: | $11,959,699.23 |
| Amendment 3: | $17,147,093.74 |
| Amendment 4: | $27,820,962.55 |
| Amendment 5: | $11,384,574.00 |
| Amendment 6: | $0.00 |
| Amendment 7: | $0.00 |
| Amendment 8: | $8,119.40 |
| New Total: | $71,082,747.31 |

**********

| Billing Code | Description | Expanded Description | Hendrickson Hourly Rates |
|---|---|---|---|
| | Appendix D - Master Rate Sheet / Schedule of Values - Sub Amend 8 Equipment descriptions shown are used to generally describe the type of equipment assigned to that billing code. The actual make, model and capacity may vary dependent on equipment availability, but will be of similar or higher specifications. In addition, it will be billed at the same or lower hourly rate. | | |
| E001 | Dozer - CAT D-5M, JD 700, KOM 41 with Aggregate Spreader Attachment 10' W | TRACTOR, CRAWLER (DOZER), 110 HP, LOW GROUND PRESSURE W/3.37 CY SEMI-U BLADE | 186.00 |
| E002 | Dozer - CAT D 6N, JD 750 - LGP, KOM 61 - Approximate - 150 hp | TRACTOR, CRAWLER (DOZER), 140 HP, LOW GROUND PRESSURE W/4.84 CY ANGLE BLADE | 186.00 |
| E003 | Dozer - CAT D 6N, JD 750 - LGP, KOM 61 - Approximate - 150 hp - LGP WITH GPS | TRACTOR, CRAWLER (DOZER), 140 HP, LOW GROUND PRESSURE W/4.84 CY ANGLE BLADE | 190.00 |
| E004 | Dozer - CAT D 6T, JD 850,KOM 65 - LGP - Approximate - 200 hp | TRACTOR, CRAWLER (DOZER), 185 HP, LOW GROUND PRESSURE W/7.44 CY SEMI-U BLADE | 210.00 |
| E005 | Dozer - CAT D 6T, JD 850,KOM 65 - LGP - Approximate - 200 hp - LGP WITH GPS | TRACTOR, CRAWLER (DOZER), 185 HP, LOW GROUND PRESSURE W/7.44 CY SEMI-U BLADE | 214.00 |
| E006 | Dozer - CAT 7R, JD 950, KOM 85 - LGP - Approximate - 240 hp | TRACTOR, CRAWLER (DOZER), 240 HP, LOW GROUND PRESSURE W/7.70 CY STRAIGHT BLADE | 270.00 |
| E009 | Dozer - CAT D 8T, JD 950, KOM 155 WITH GPS - Approximate - 300 hp | TRACTOR, CRAWLER (DOZER), 310 HP, POWERSHIFT, LOW GROUND PRESSURE, W/15.3 SEMI-U BLADE | 316.00 |
| E010 | Excavator - CAT 320D, JD 200, KOM 200 WITH THUMB -Approximate 44,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 43,800 LBS, 1.50 CY BUCKET, 21.75' MAX DIGGING DEPTH WITH HYDRAULIC EXCAVATOR, ATTACHMENT, MATERIAL HANDLING, 0.75 CY BUCKET, W/TIPS | 172.00 |
| E011 | Excavator - CAT 330, JD 350, KOM 350 - Approximate 75,000 to 80,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 77,800 LBS, WITH MAX CAPACITY CY BUCKET, 24.58' MAX DIGGING DEPTH | 205.00 |
| E012 | Excavator - CAT 345EL, JD 450, KOM 450 - Approximate 100,000 LBS | HYDRAULIC EXCAVATOR, CRAWLER, 101,900 LBS, WITH MAX CAPACITY CY BUCKET, 25.58' MAX DIGGING DEPTH | 232.00 |
| E015+A40 | Loaders - CAT 950 | LOADER, FRONT-END, WHEELED, 3.5 CY BUCKET, ARTICULATED 4X4, | 210.00 |
| E019 | Motorgrader - CAT C14-M | GRADER, MOTOR, ARTICULATED, 6X4, 14' BLADE W/7 SHANK RIPPER | 210.00 |
| E020 | Roller - 815 Sheepsfoot | ROLLER, STATIC,VIBRATORY, LANDFILL/SOIL COMPACTOR, SHEEPSFOOT, 4X4, 23 TON, 56" DIA, 14.25' WIDTH PER 2-PASS, W/BLADE | 205.00 |
| E021 | Roller - Sheepsfoot - 84" with Cab | ROLLER, VIBRATORY, SELF-PROPELLED, SINGLE DRUM, PAD FOOT, 12.5 TON, 84" WIDE, 3X2 SOIL COMPACTOR | 177.00 |
| E022 | Smooth Drum Roller - 84" with Cab | ROLLER, VIBRATORY, SELF-PROPELLED, SINGLE DRUM, SMOOTH, 12.2 TON, 84" WIDE, 3X2, SOIL COMPACTOR | 177.00 |
| E029 | Tractor - 425 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 256.00 |
| E030 | Tractor - 450 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 256.00 |
| E031 | Tractor - 500 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 260.00 |
| E032 | Tractor - 550 HP with Single Scraper | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 260.00 |
| E033 | Tractor - 425 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 270.00 |
| E035 | Tractor - 500 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E036 | Tractor - 550 hp with Single Scraper (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |

| | | | |
|---|---|---|---|
| E038 | Tractor - 450 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 270.00 |
| E039 | Tractor - 500 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E040 | Tractor - 550 hp with Single Scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 275.00 |
| E041 | Tractor - 425 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 280.00 |
| E042 | Tractor - 450 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 280.00 |
| E043 | Tractor - 500 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |
| E044 | Tractor - 550 HP with Tandem Scraper (2) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |
| E047 | Tractor - 500 hp with Tandem Scrapers (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E048 | Tractor - 550 hp with Tandem Scrapers (CHALLENGER) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E050 | Tractor - 450 hp withTandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 300.00 |
| E051 | Tractor - 500 hp with Tandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E052 | Tractor - 550 hp with Tandem Scrapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 305.00 |
| E055 | Tractor 225 + hp with 16' Box Blade | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 190.00 |
| E056 | Tractor 225 + hp with 20' Box Blade | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 195.00 |
| E057 | Tractor - 225 + hp with Rome Disc - 36" DIA X 12'W or Larger | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4 | 190.00 |
| E059 | Truck, Dump - Articulated - 30 Ton | TRUCK, OFF-HIGHWAY, ARTICULATED FRAME, 17-22 CY, 30 TON, 6X6 REAR DUMP | 265.00 |
| E061 | Truck, Dump - Articulated - 40 Ton | TRUCK, OFF-HIGHWAY, ARTICULATED FRAME, 21-29 CY, 40 TON, 6X6 REAR DUMP | 285.00 |
| E063 | Truck, Water, 4000 Gallon (Prime will not provide fuel.) | TRUCK, WATER, 50,000 LBS GVW, 3 AXLE, 6X4 WITH 4000 GAL WATER TANK | 186.00 |
| E064 | Truck, Water, Off-Highway - 5000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 5,000 GALLONS, W/CAT 613C TRACTOR | 193.00 |
| E065 | Truck, Water, Off-Highway, 6000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 6,000 GALLONS, W/CAT 621E TRACTOR | 200.00 |
| E066 | Truck, Water, Off-Highway, 8000 Gallon | TRUCK, WATER, OFF-HIGHWAY, 8,000 GALLONS, W/CAT 631E TRACTOR | 205.00 |
| E067 | Truck, Highway with Low-Boy Trailer (Prime will not provide fuel and Weston will only pay from pick up to delivery.) | TRUCK, HIGHWAY, 75,000 GVW, 3 AXLE, 6X6 WITH LOW-BOY TRAILER (50 TONS - 3 AXLE) | 260.00 |
| E075 | Tractor - 600 hp with single 21cy scraper (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 285.00 |
| E076 | Tractor - 600 hp with Tandem 21cy scapers (QUADTRACK) | TRACTOR, WHEEL AGRICULTURAL, ARTICULATED, 4X4, PTO, 3 POINT HITCH | 315.00 |

| | | | |
|---|---|---|---|
| E081 | 60 ft long reach Excavator | 60 ft long reach Excavator (75000 lb machine) | 210.00 |
| E082 | Walk Behind Trench Compactor | BOMAG 8500 or equivilent | 155.00 |
| E082 | JD 323D Skidsteer | Track Skidsteer 14000 lbs with forks | 155.00 |
| E083 | Night Shift Differential on All Operated Hours | Night Shift Differential | 15.00 |
| E087 | Tractor - 150+hp with bush hog mower | TRACTOR WHEEL AGRICULTURAL, ARTICULATED | 205.00 |
| E088 | Tractor with Roller Blade | Tractor with blade including roller behind blade | 200.00 |
| E089 | Tractor with multi blade leveler | Tractor with multi blade leveler (metal craft) | 220.00 |
| E090 | Tractor with Side Dump Wagon | Tractor with Side Dump Wagon | 310.00 |
| E091 | Generator | | 3.00 |
| E092 | Soil Stabilizer | Soil Stabilizer Machine | 330.00 |
| E093 | Marooka | 10-11 ton | 200.00 |
| E094 | Tractor Only | | 100.00 |
| L001 | On-Site Superintendent (& personal vehicle) | RATE PER HOUR FOR ONE SUPERINTENDENT | 150.00 |
| L002 | Laborer Rate | RATE PER HOUR FOR ONE GENERAL LABORER | 88.00 |
| L003 | Foreman | RATE PER HOUR FOR ONE FOREMAN | 130.00 |
| L005 | Laborer with Pickup and Trailer | RATE PER HOUR FOR ONE LABORER WITH PICKUP AND TRAILER - HT TO PROVIDE FUEL | 130.00 |
| L006 | Laborer with Pickup Only (no trailer) | RATE PER HOUR FOR ONE LABORER WITH PICKUP ONLY - HT TO PROVIDE FUEL | 100.00 |
| L007 | Mechanic with Tool Truck | On Site Mechanic with Tool Truck | 207.00 |
| | Shop Mechanic (OffSite Labor) | Shop Mechanic (OffSite Labor) | 150.00 |
| 183216 | Skeleton Bucket | Skeleton Bucket *Monthly Rate | 940.00 |
| 198467 | HP210 Compactor (Tamper) | HP210 Compactor (Tamper) *Monthly Rate | 2,100.00 |

| | | | |
|---|---|---|---|
| | Handling Fee for Bucket & Tamper | Handling Fee for Bucket & Tamper | 154.59 |
| | 3/4" fittings | 3/4" fittings | 5.99 |
| | 3/4" wrencher | 3/4" wrencher | 10.95 |
| | Belt | Belt | 20.34 |
| | Welding Gas (acetylene) | Welding Gas (acetylene) | 35.00 |
| | Howes Diesel Treatment, anit-gel | Howes Diesel Treatment, anit-gel | 15.99 |
| | Regular Unleaded Fuel | Regular Unleaded Fuel | 2.099 |
| | Diesel Exhaust Fluid (DEF) | Diesel Exhaust Fluid (DEF) | 1.43 |
| | Mobile Grease | Mobile Grease | 3.57 |
| | DEF 12V Pump | DEF 12V Pump | 563.91 |
| | Dyed #2 Dielse | Dyed #2 Dielse | 1.963 |
| | 10-Wheeler End Dump Truck | 10-Wheeler End Dump Truck | 110.00 |
| | - Miscellaneous Tools | - Miscellaneous Tools | |
| | Form Rental | Form Rental | $4.70 |
| | 10 KW 220V Electric Heater | 10 KW 220V Electric Heater | $150.00 |
| | T25 Star Bit | T25 Star Bit | $0.99 |
| | 3-1/2" Torx Bit 25 | 3-1/2" Torx Bit 25 | $4.29 |
| | #2 Phillips 3-1/2" Bit | #2 Phillips 3-1/2" Bit | $2.88 |
| | 5/16" Mag Nut Driver | 5/16" Mag Nut Driver | $5.75 |
| | 7/64" Cobalt Bit | 7/64" Cobalt Bit | $3.16 |
| | 1/8" Cobalt Bit | 1/8" Cobalt Bit | $3.35 |

| | | | |
|---|---|---|---|
| | 4-1/2" Metal Cutoff Wheel | 4-1/2" Metal Cutoff Wheel | $1.75 |
| | 4 Pc Pan & Roller Kit | 4 Pc Pan & Roller Kit | $8.92 |
| | 3/8" NAP Roller Cover | 3/8" NAP Roller Cover | $2.87 |
| | 5-1/2" x 2-3/4" Pointing Trowel | 5-1/2" x 2-3/4" Pointing Trowel | $4.69 |
| | Retractable Utility Knife | Retractable Utility Knife | $5.69 |
| | 8" Square Orange | 8" Square Orange | $3.59 |
| | 26" 8 pt Handsaw | 26" 8 pt Handsaw | $8.19 |
| | Wire Brush / Scraper | Wire Brush / Scraper | $5.49 |
| | Steel Bow Rake | Steel Bow Rake | $26.09 |
| | 6 cf Wheelbarrow | 6 cf Wheelbarrow | $58.99 |
| | 1/2 Hp Thermoplastic Pump | 1/2 Hp Thermoplastic Pump | $164.49 |
| | Discharge Hose Kit | Discharge Hose Kit | $20.59 |
| | - Formwork Supplies | - Formwork Supplies | |
| | 10" SE Snap Ties | 10" SE Snap Ties | $0.70 |
| | 10" LE Snap Ties | 10" LE Snap Ties | $0.86 |
| | 12" SE Snap Ties | 12" SE Snap Ties | $1.10 |
| | 12" LE Snap Ties | 12" LE Snap Ties | $1.02 |
| | 14" SE Snap Ties | 14" SE Snap Ties | $1.07 |
| | 14" LE Snap Ties | 14" LE Snap Ties | $1.29 |
| | 1/8"x2"x20' Sheetmetal Strap | 1/8"x2"x20' Sheetmetal Strap | $9.38 |
| | 1/8"x4"x10' Sheetmeal Strap | 1/8"x4"x10' Sheetmeal Strap | $23.70 |

| | | | |
|---|---|---|---|
| | 1"x2"x16" Wood Form Stake | 1"x2"x16" Wood Form Stake | $0.35 |
| | 1"x2"x18" Wood Form Stake | 1"x2"x18" Wood Form Stake | $0.49 |
| | Form Release Oil | Form Release Oil | $12.92 |
| | - Lumber | - Lumber | |
| | 2"x4"x 92-5/8" Precut Studs | 2"x4"x 92-5/8" Precut Studs | $6.98 |
| | 2"x4"x12' Studs | 2"x4"x12' Studs | $9.98 |
| | 2"x4"x20' Studs | 2"x4"x20' Studs | $15.31 |
| | 2"x6"x20' Studs | 2"x6"x20' Studs | $36.24 |
| | 2"x12"x10' Studs | 2"x12"x10' Studs | $21.11 |
| | 2"x12"x16' Studs | 2"x12"x16' Studs | $34.98 |
| | 3/4" CDX - 4'x8' Plywood Sheets | 3/4" CDX - 4'x8' Plywood Sheets | $37.34 |
| | 3/4"x3/4"x10' Chamfer | 3/4"x3/4"x10' Chamfer | $0.12 |
| | Pipe Collar Reinforcing | Pipe Collar Reinforcing | $0.83 |
| | Headwall Reinforcing | Headwall Reinforcing | $0.95 |
| | 3"x3-1/4" Plastic Chairs | 3"x3-1/4" Plastic Chairs | $0.68 |
| | 16 Ga Tie Wire (330') | 16 Ga Tie Wire (330') | $4.36 |
| | - Concrete Supplies | - Concrete Supplies | |
| | 1,200 psi Lean Concrete | 1,200 psi Lean Concrete | $123.00 |
| | 4,500 psi Structural Concrete | 4,500 psi Structural Concrete | $139.00 |
| | Mileage Surcharge | Mileage Surcharge | $2.26 |
| | 60# Concrete Mix | 60# Concrete Mix | $4.69 |

| | | | |
|---|---|---|---|
| | Portland Cement | Portland Cement | $17.99 |
| | Lime (Type S) | Lime (Type S) | $16.99 |
| | Curing Compound | Curing Compound | $26.81 |
| | - Construction Supplies | - Construction Supplies | |
| | 1-1/4"x12 Hex Metal Washer | 1-1/4"x12 Hex Metal Washer | $0.49 |
| | 1-1/4" Drywall Screws | 1-1/4" Drywall Screws | $3.83 |
| | 4D Finish Nails | 4D Finish Nails | $3.83 |
| | #10 3-1/2" Screws | #10 3-1/2" Screws | $6.40 |
| | 3" Camo Screws | 3" Camo Screws | $5.99 |
| | 2" Torx Screws | 2" Torx Screws | $6.99 |
| | 16D Dbl Head Bright Nail (50#) | 16D Dbl Head Bright Nail (50#) | $1.89 |
| | Duct Tape (2"x165') | Duct Tape (2"x165') | $4.60 |
| | 1-1/4" Flex Coupling | 1-1/4" Flex Coupling | $4.29 |
| | Sch 40 PVC Pipe x 10' | Sch 40 PVC Pipe x 10' | $21.89 |
| | Concrete Pallet | Concrete Pallet | $17.00 |

Equipment will not be charged if equipment is not operated.
Equipment will not be charged while down for repairs.
Unoperated Equipment Rate (if equipment is operated by others): Operated rated listed herein minus labor rate of $88.00
183216 Skeleton Bucket and198467 HP210 Compactor are monthly rates rather than hourly.