IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| HENDRICKSON TRANSPORTATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RUST CONSTRUCTORS, INC., et al.<br><br>Defendants. | Case No. 5:23-cv-06077-HFS |

## DEFENDANTS SHIMMICK CONSTRUCTION COMPANY, INC. AND RUST CONSTRUCTORS, INC.'S JOINT SUGGESTIONS IN SUPPORT OF THEIR MOTION TO STAY CASE PROCEEDINGS

Defendants Shimmick Construction Company, Inc. ("Shimmick") and Rust Constructors, Inc. ("Rust"), by and through undersigned counsel, and pursuant to L.R. 7, adopt AECOM Technical Services, Inc.'s Suggestions in Support of its Motion to Stay Case Proceedings [Doc. 30] as if more fully set out herein.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Zachary R. McMichael*
David H. Luce #36050 (MO)
Zachary R. McMichael #68251 (MO)
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
314-505-5464 (Phone)
314-505-5465 (Facsimile)
luce@capessokol.com
mcmichael@capessokol.com


**BERG HILL GREENLEAF & RUSCITTI LLP**

 */s/ Giovanni M. Ruscitti, Esq.*
Giovanni M. Ruscitti, Esq. (*PHV*)
Larry Myers, Esq. (*PHV*)
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Facsimile: (303) 402-1601
Email:   gmr@bhgrlaw.com
              lm@bhgrlaw.com

*Attorneys for Defendants Shimmick Construction Company Inc. and Rust Constructors, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 15th day of September, 2023.


 */s/ Zachary R. McMichael*