IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| HENDRICKSON TRANSPORTATION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 5:23-cv-06077-DGK |
| | ) |
| RUST CONSTRUCTORS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Rust Constructors, Inc. and Shimmick's Construction Company joint motion to dismiss Plaintiff's complaint (Doc. 39) is GRANTED; Defendants' motions to stay case proceedings (Docs. 28 and 37) are DENIED AS MOOT. This case is DISMISSED WITHOUT PREJUDICE.


January 16, 2024                           Paige Wymore-Wynn
Dated                                      Clerk of Court

January 18, 2024                           /s/ Tracy Strodtman
Entered                                    (by) Deputy Clerk